**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re  WW Contractors, Inc.

Debtor(s)

Case No.  18-12095-BFK

Chapter  11

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter _11_ having been entered on the petition filed in this case on _June 12, 2018_____; it is, therefore

**ORDERED** that _Warren Wiggins, President_____ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date:  _Jun 15 2018_____

/s/ Brian F. Kenney_____
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
_June 15, 2018_____

[ver. 12/03]