**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: ) <br> ) <br> WW Contractors, Inc., ) <br> ) <br> Debtor. ) <br> ) | Case No. 18-12095-BFK <br> Chapter 11 |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Richard A. DuBose, III and GEBHARDT & SMITH, LLP hereby file this Notice of Appearance and Request for Service of Papers as counsel for First National Bank of Pennsylvania (with respect to only the commercial loans that were made to the Debtor or guaranteed by the Debtor), a creditor in the above-captioned case and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the office, postal address, telephone number and telecopy number listed as follows:

> Richard A. DuBose, III, Esq.
> GEBHARDT & SMITH LLP
> One South Street, Suite 2200
> Baltimore, Maryland 21202-3281
> Tel:    410-385-5039
> Fax:    410-385-5119
> Email: rdubo@gebsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally request that the Debtor and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Respectfully submitted,

DATE: June 18, 2017

*/s/ Richard A. DuBose, III*
Richard A. DuBose, III, Esq.
Bar #91705
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202-3281
Tel:    410-385-5039
Fax:    410-385-5119
Email: rdubo@gebsmith.com
*Counsel for* First National Bank of Pennsylvania

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 18th day of June, 2018, a copy of the foregoing Notice of Appearance and Request for Service of Papers was mailed via first class mail, postage prepaid, to the following:

WW Contractors, Inc.
115 West Mulberry Street
Randallstown, Maryland 21201
Attn: Warren Wiggins, President

WW Contractors, Inc.
P.O. Box 597
Randallstown, MD 21133
Attn: Warren Wiggins, President

Jeffrey M. Sirody, Esquire
Jeffrey M. Sirody and Associates P.A.
1777 Reisterstown Road, Suite 360E
Baltimore, Maryland 21208

Office of the U.S. Trustee
Attn: John P. Fitzgerald, III
115 South Union Street, Room 210
Alexandria, VA 22314

*/s/ Richard A. DuBose, III*
Richard A. DuBose, III, Esq.