**Fill in this information to identify the case:**

Debtor name  **WW Contractors Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **18-12095-BFK**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ _____**unknown**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ _____**unknown**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____**3,676,778.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____**unknown**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____**2,754,349.00**

4.  Total liabilities .....................................................................................................
    Lines 2 + 3a + 3b

$ _____**unknown**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WW Contractors Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | **18-12095-BFK** |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Bank of America and Suntrust bank accounts** | | $597,878.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $597,878.00 |
|---|

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

Please see attached.

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ = .... _____
         face amount            doubtful or uncollectible accounts

| Debtor | WW Contractors Inc. | Case number (If known) | 18-12095-BFK |
|---|---|---|---|
| | Name | | |

11b. Over 90 days old:

*Please see attached.*

| | |
|---|---|
| face amount | doubtful or uncollectible accounts |

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

## Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** computers, copy machines. postage machines | Unknown | | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | WW Contractors Inc. | Case number *(if known)* | 18-12095-BFK |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2016 BMW 328i | Unknown | | Unknown |
| 47.2.  2017 BMW 330i | Unknown | | Unknown |
| 47.3.  2017 BMW 750i | Unknown | | Unknown |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $0.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **WW Contractors Inc.** | Case number *(If known)* **18-12095-BFK** |
|---|---|---|
| | Name | |

|   | 55.1. | **lease of 115 W. Mulberry Street, Baltimore, MD 21208 lease of space at 3605 Garth Manor Court, Woodstock, MD 21163** | | Unknown | Unknown |
|---|---|---|---|---|---|

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| $0.00 |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **WW Contractors Inc.** | Case number *(If known)* | **18-12095-BFK** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $597,878.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $597,878.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $597,878.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Attachment for Schedule A/B - #11

## WW Contractors Inc.
## A/R Aging Summary
### As of June 20, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **FBI Academy-FSS** | | | | | | |
| FBI Academy 2012-FSS | 0.00 | 0.00 | 0.00 | 0.00 | 62,607.74 | 62,607.74 |
| **Total FBI Academy-FSS** | 0.00 | 0.00 | 0.00 | 0.00 | 62,607.74 | 62,607.74 |
| **General Services Administration** | | | | | | |
| Del Val Facil. | 234,583.60 | 63,055.15 | 412,261.46 | 12,277.29 | 612,780.49 | 1,334,957.99 |
| East Texas-FSS | 35,343.26 | 22,999.47 | 43,067.18 | 0.00 | 87,889.50 | 189,299.41 |
| NOLA 2013 | 12,338.69 | 0.00 | 0.00 | 14,605.83 | 79,279.16 | 106,223.68 |
| Southern NM, Las Cruces and Roswell | 0.00 | 56,489.34 | 0.00 | 0.00 | 0.00 | 56,489.34 |
| **Total General Services Administration** | 282,265.55 | 142,543.96 | 455,328.64 | 26,883.12 | 779,949.15 | 1,686,970.42 |
| **HAI-WW** | | | | | | |
| Four Feds 2010 | 1,873.83 | 59,182.79 | 0.00 | 4,596.90 | 1,132.33 | 66,785.85 |
| **Total HAI-WW** | 1,873.83 | 59,182.79 | 0.00 | 4,596.90 | 1,132.33 | 66,785.85 |
| **SSG WW JV, LLC.** | | | | | | |
| Austin | 0.00 | 10,503.36 | 22,860.24 | 24,310.53 | 37,897.73 | 95,571.86 |
| Brownsville | 0.00 | 12,403.20 | 31,430.40 | 34,291.20 | 75,748.80 | 153,873.60 |
| Fort Worth Downtown | 0.00 | 11,561.64 | 20,371.06 | 45,095.78 | 77,454.68 | 154,483.16 |
| Little Rock and Batesville, Ark AEC O&M | 0.00 | 219,144.72 | 50,054.40 | 92,758.08 | 214,393.93 | 576,351.13 |
| SSG WW JV, LLC. - Other | 0.00 | 0.00 | 0.00 | 0.00 | 197,430.00 | 197,430.00 |
| **Total SSG WW JV, LLC.** | 0.00 | 253,612.92 | 124,716.10 | 196,455.59 | 602,925.14 | 1,177,709.75 |
| **Trinmar** | | | | | | |
| New Fort Worth | 126,134.31 | 42,044.77 | 0.00 | 0.00 | 35,915.28 | 204,094.36 |
| **Total Trinmar** | 126,134.31 | 42,044.77 | 0.00 | 0.00 | 35,915.28 | 204,094.36 |
| **TOTAL** | 410,273.69 | 497,384.44 | 580,044.74 | 227,935.61 | 1,482,529.64 | 3,198,168.12 |

**Fill in this information to identify the case:**

Debtor name __**WW Contractors Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) __**18-12095-BFK**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **BMW Financial Services** | Describe debtor's property that is subject to a lien | $41,319.00 | Unknown |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **2016 BMW 328i** | | |

**PO Box 78066**
**Phoenix, AZ 85062**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **BMW Financial Services** | Describe debtor's property that is subject to a lien | $47,044.00 | Unknown |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **2017 BMW 330i** | | |

**PO Box 78066**
**Phoenix, AZ 85062**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | WW Contractors Inc. | | Case number (if known) | 18-12095-BFK |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **BMW Financial Services**
Creditor's Name

PO Box 78066
Phoenix, AZ 85062
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2017 BMW 750i**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$143,075.00    Unknown

---

**2.4** **First National Bank of PA**
Creditor's Name

c/o: David Fontana, Esquire
One South Street, Suite 2200
Baltimore, MD 21202
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**all of Debtor's assets, including, without limitation, all of the Debtor's accounts, accounts receivable, deposit accounts, general intangibles, etc.**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,445,340.00    Unknown

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $3,676,778.00

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | WW Contractors Inc. | | Case number (if know) | 18-12095-BFK |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- | --- |

| Fill in this information to identify the case: |
|---|

Debtor name    **WW Contractors Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **18-12095-BFK**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Comptroller Of Maryland**
**110 Carroll Street**
**Annapolis, MD 21411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **WW Contractors Inc.** | | Case number (if known) | **18-12095-BFK** |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $484,000.00 |
|---|---|---|---|
| | **American Express**<br>PO Box 297871<br>**Fort Lauderdale, FL 33329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __credit card__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,375.00 |
|---|---|---|---|
| | **Business Merchant Funding**<br>3301 N. University Drive<br>Suite 300<br>**Pompano Beach, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __loan__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | **Chase Auto Finance**<br>PO Box 910706<br>**Fort Worth, TX 76101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __lease of 2015 Land Rover__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,000.00 |
|---|---|---|---|
| | **Empire Funding**<br>505 Park Avenue<br>**Baltimore, MD 21201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __loan__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,666.00 |
|---|---|---|---|
| | **Everest Business Funding**<br>2001 NW 107 Avenue<br>**Miami, FL 33172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __loan__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229,643.00 |
|---|---|---|---|
| | **Forward Financing**<br>36 Bromfield Street<br>**Boston, MA 02108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __loan__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,375.00 |
|---|---|---|---|
| | **HOP Capital**<br>2591 Krameria Street<br>**Denver, CO 80207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __loan__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | WW Contractors Inc. | Case number (if known) | 18-12095-BFK |
|---|---|---|---|
| | Name | | |

**3.8** Nonpriority creditor's name and mailing address
**Kubota Tractor Corporation**
PO Box 2046
Grapevine, TX 76099

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.9** Nonpriority creditor's name and mailing address
**LoanMe**
1900 S. State College Blvd.
Suite 300
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

$71,889.00

---

**3.10** Nonpriority creditor's name and mailing address
**ML Factors**
428 Central Avenue
Floor 2
Cedarhurst, NY 11516

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

$130,000.00

---

**3.11** Nonpriority creditor's name and mailing address
**PBS Capital**
15851 North Dallas Parkway
Suite 210
Addison, TX 75001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

$379,751.00

---

**3.12** Nonpriority creditor's name and mailing address
**PBS Capital**
15851 North Dallas Parkway
Suite 210
Addison, TX 75001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

$140,000.00

---

**3.13** Nonpriority creditor's name and mailing address
**Saturn Funding**
1322 Manning Parkway
Powell, OH 43065

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

$146,000.00

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor   **WW Contractors Inc.**
_____
Name

Case number (if known)   **18-12095-BFK**
_____

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **2,098,199.00** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,098,199.00** |

Attachment for Schedule E/F – Additional Nonpriority Unsecured Claims

### WW Contractors Inc.
## A/P Aging Summary
### As of June 20, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 5-H Services Inc. | 0.00 | 439.30 | 449.60 | 434.55 | 0.00 | 1,323.45 |
| A & A Glass | 0.00 | 0.00 | 0.00 | 0.00 | 1,072.69 | 1,072.69 |
| A/C Supply Comapny Inc | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.32 | 1,680.32 |
| Ace Alarm & Communications, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 5,023.99 | 5,023.99 |
| Admiral Elevator Company | 25,307.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,307.00 |
| Advanced Door Service | 0.00 | 2,814.96 | 2,489.13 | 230.00 | 4,427.10 | 9,961.19 |
| Air-Nu Filters | 239.52 | 1,041.30 | 1,662.18 | 1,793.22 | 4,088.64 | 8,824.86 |
| Air Filters, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 100.50 | 100.50 |
| Aireco Supply, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -571.00 | -571.00 |
| Alan Pikula | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 |
| All Electric Supply Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -1,302.83 | -1,302.83 |
| Alltemp Insulations | 0.00 | 0.00 | 0.00 | 0.00 | 13,252.50 | 13,252.50 |
| American Sprinkler Company, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 410.00 | 410.00 |
| Ameritel Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 151.00 | 151.00 |
| Angelos Enterprises | 0.00 | 0.00 | 0.00 | 0.00 | 6,199.00 | 6,199.00 |
| AnswerNet | 0.00 | 0.00 | 0.00 | 0.00 | -31.00 | -31.00 |
| APEX CONTROLS 1, LLC | 388.78 | 0.00 | 0.00 | 0.00 | 0.00 | 388.78 |
| Apex Engineering Products Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 167.65 | 167.65 |
| Arkansas Filter,Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -674.30 | -674.30 |
| AT & T | 0.00 | 0.00 | 0.00 | 0.00 | 16.66 | 16.66 |
| Atlantic Services, Inc. | 0.00 | 7,445.00 | 0.00 | 0.00 | 0.00 | 7,445.00 |
| Automatic Protection Systems | 0.00 | 0.00 | 0.00 | 0.00 | -174.75 | -174.75 |
| Baxter Clean Care | 0.00 | 861.29 | 703.04 | 683.18 | 533.42 | 2,780.93 |
| Ben Maines Air Conditioning Inc | 0.00 | 0.00 | 0.00 | 0.00 | 2,547.26 | 2,547.26 |
| Bernhard Mechanical Contractors, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 246.22 | 246.22 |
| Best Plumbing Specialties, Inc. | 391.21 | 474.06 | 972.00 | 248.24 | 3,898.81 | 5,984.32 |
| Blue Flash Sewer Service | 0.00 | 0.00 | 0.00 | 485.00 | 800.00 | 1,285.00 |
| Buck Kreihs Marine Repair, LLC | 0.00 | 0.00 | 1,800.00 | 0.00 | 0.00 | 1,800.00 |
| Buckeye Cleaning Centers | 0.00 | 48.00 | 0.00 | 0.00 | 0.00 | 48.00 |
| BUD GRIFFIN CUSTOMER SUPPORT | 0.00 | 0.00 | 0.00 | 0.00 | 832.00 | 832.00 |
| Burke Industries | 3,525.00 | 3,525.00 | 3,525.00 | 0.00 | 0.00 | 10,575.00 |
| Burlington Metals, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 4,750.00 | 4,750.00 |
| C. N. Robinson Lighting Supply | 0.00 | 0.00 | 0.00 | 0.00 | -662.11 | -662.11 |
| C.O.P.S. Monitoring | 0.00 | 320.80 | 137.50 | 264.21 | 588.90 | 1,311.41 |
| Canon Financial Services, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -739.86 | -739.86 |
| Capp, Inc. | 0.00 | 0.00 | 3,816.24 | 1,154.50 | 2,850.26 | 7,821.00 |
| Carson K.C. Mok, Consulting Engineer, P.A | 0.00 | 0.00 | 0.00 | 0.00 | 2,250.00 | 2,250.00 |
| Cavalier Business Communications | 0.00 | 0.00 | 0.00 | 0.00 | 115.99 | 115.99 |
| Champion Rentals, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -171.25 | -171.25 |
| CHARLES D. LYNN | 0.00 | 0.00 | 0.00 | 0.00 | 86.67 | 86.67 |
| Charles King | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 |
| CHOLIN CORP., INC. | 0.00 | 0.00 | 0.00 | 0.00 | 628.75 | 628.75 |
| Cintas Corporation -061, 100,287 | 1,469.51 | 1,444.84 | 910.18 | 621.78 | 1,565.75 | 6,012.06 |
| City of Sherman | 0.00 | 0.00 | 0.00 | 0.00 | 1,225.64 | 1,225.64 |
| City of Tyler | 267.61 | 267.61 | 283.36 | 283.36 | 1,621.41 | 2,723.35 |
| CNA Insurance Companies | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 | 561.00 |
| Coburn Supply Company, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -69.57 | -69.57 |
| Concord Mechanical Inc | 0.00 | 0.00 | 0.00 | 0.00 | 7,684.76 | 7,684.76 |
| Control and Instrument Services | 0.00 | 0.00 | 0.00 | 0.00 | 5,520.00 | 5,520.00 |
| Corrigo, Inc. | 0.00 | 213.15 | 0.00 | 0.00 | 213.15 | 426.30 |
| Corrosion Control Resources | 9,546.56 | 9,546.56 | 0.00 | 0.00 | 0.00 | 19,093.12 |
| CPR Services | 0.00 | 0.00 | 24,631.98 | 0.00 | 0.00 | 24,631.98 |
| CRESPO'S CONSTRUCTION | 0.00 | 0.00 | 5,250.00 | 0.00 | 0.00 | 5,250.00 |
| Culligan Water Conditioning | 0.00 | 0.00 | 0.00 | 0.00 | -25.39 | -25.39 |
| Cummins Mid-South L.L.C. | 0.00 | 0.00 | 21,926.94 | 10,654.71 | 0.00 | 32,581.65 |
| Darragh Company | 0.00 | 0.00 | 0.00 | 0.00 | -528.67 | -528.67 |
| Datamax AR Leasing | 0.00 | 0.00 | 0.00 | 0.00 | -241.09 | -241.09 |
| David's Roofing and Remodeling | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| DCIM Solutions, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 382.82 | 382.82 |
| DelVal Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 1,106.17 | 1,106.17 |
| Dennis Canlas | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 |
| Design Security Controls | 0.00 | 0.00 | 0.00 | 0.00 | 1,077.00 | 1,077.00 |
| Dowlin Electric | 0.00 | 0.00 | 0.00 | 0.00 | 42,900.00 | 42,900.00 |
| DUDLEY BURRUSS | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 40.00 |
| Duff Company | 0.00 | 0.00 | 1,383.09 | 0.00 | -1,008.03 | 375.06 |
| DVL Group, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 235.91 | 235.91 |

## WW Contractors Inc.
## A/P Aging Summary
### As of June 20, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Eagle Insulation | 0.00 | 0.00 | 0.00 | 49.30 | 0.00 | 49.30 |
| Eastcoast Elevator Services, LLC | 5,545.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,545.00 |
| Ecosave Automation Inc. | 0.00 | 4,527.90 | 4,527.90 | 0.00 | 6,513.00 | 15,568.80 |
| Edwin L. Heim Co. | 0.00 | 0.00 | 0.00 | 0.00 | -160.00 | -160.00 |
| Electrical Power Systems Inc. | 0.00 | 0.00 | 1,050.00 | 0.00 | 0.00 | 1,050.00 |
| EMERGENCY SYSTEMS SERVICE CO. | 0.00 | 0.00 | 0.00 | 0.00 | -1,182.15 | -1,182.15 |
| Entech Sales & Services, Inc. | 920.14 | 0.00 | 0.00 | 2,336.18 | 3,950.05 | 7,206.37 |
| Facility Solutions Group | 0.00 | 0.00 | 0.00 | 0.00 | 51.46 | 51.46 |
| Fairborn Equipment Company Inc | 25,465.00 | 0.00 | 0.00 | 200.00 | 18,375.00 | 44,040.00 |
| Fairborn Mid Atlantic | 0.00 | 442.50 | 0.00 | 0.00 | 335.00 | 777.50 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 153.02 | 153.02 |
| Ferguson Enterprises, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -1,322.49 | -1,322.49 |
| FERRARA'S HEATING & AIR CO., I | 0.00 | 0.00 | 0.00 | 698.08 | 0.00 | 698.08 |
| Filtrine Manufacturing Company | 0.00 | 0.00 | 0.00 | 0.00 | -610.84 | -610.84 |
| Firetrol Protection Systems, Inc. | 0.00 | 1,396.08 | 7,178.96 | 0.00 | 2,289.49 | 10,864.53 |
| Fisk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fleming Controls & Power Specialities | 0.00 | 0.00 | 0.00 | 0.00 | -141.05 | -141.05 |
| Fraser Advanced Information Systems | 0.00 | 0.00 | 0.00 | 14.58 | 433.60 | 448.18 |
| Freestate Electrical Service | 0.00 | 0.00 | 0.00 | 0.00 | -708.00 | -708.00 |
| Friedman Electric Supply | 0.00 | 0.00 | 0.00 | 0.00 | -1,612.90 | -1,612.90 |
| G&M Electric Sales Co., Inc. | 0.00 | 448.00 | 423.00 | 2,286.00 | 5,477.00 | 8,634.00 |
| Green's Lawn Care | 0.00 | 0.00 | 0.00 | 0.00 | 965.00 | 965.00 |
| H.B. McClure Company | 0.00 | 0.00 | 0.00 | 0.00 | 5,337.00 | 5,337.00 |
| HAI Integrated Building Services, Inc. | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 20,000.00 |
| Hanover Uniform Company | 0.00 | 0.00 | 0.00 | 0.00 | 337.95 | 337.95 |
| HARRY KIRBY | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 40.00 |
| HD SUPPLY FACILITIES MAINTENAN | 0.00 | 0.00 | 0.00 | 0.00 | -88.20 | -88.20 |
| Herman Goldner, Inc. | 13,607.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,607.00 |
| Honeywell International Inc | 30,000.00 | 5,345.91 | 0.00 | 0.00 | 299.89 | 35,645.80 |
| Houston Bearing & Supply Co., Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -482.41 | -482.41 |
| HUMAN RESOURCES, INC. | 208,217.64 | 0.00 | 0.00 | 0.00 | 0.00 | 208,217.64 |
| IDEAL LIGHTING | 0.00 | 0.00 | 0.00 | 625.00 | 0.00 | 625.00 |
| Inquiries, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 30.00 |
| Interstate All Battery Center | 0.00 | 0.00 | 0.00 | 0.00 | -16.35 | -16.35 |
| Interstate Batteries of Arkansas | 0.00 | 0.00 | 0.00 | 0.00 | 43.39 | 43.39 |
| J.A. Sexauer | 0.00 | 0.00 | 0.00 | 0.00 | -870.05 | -870.05 |
| James Wood Jr. | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 40.00 |
| Jason Earl | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 40.00 |
| Jefferson Battery Co., Inc. | 0.00 | 0.00 | 0.00 | 275.00 | 2,602.45 | 2,877.45 |
| Jefferson Sprinkler, Inc | 0.00 | 0.00 | 0.00 | 15,725.00 | 0.00 | 15,725.00 |
| John Calvitti Company | 0.00 | 0.00 | 0.00 | 0.00 | 17,000.00 | 17,000.00 |
| John Del Vecchio | 0.00 | 0.00 | 0.00 | 0.00 | 88.92 | 88.92 |
| Johnson Controls, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 443.52 | 443.52 |
| Johnson Supply | 0.00 | 0.00 | 0.00 | 0.00 | -523.81 | -523.81 |
| Johnstone of New Orleans | 0.00 | 0.00 | 0.00 | 0.00 | 3.02 | 3.02 |
| Johnstone Supply | 0.00 | 0.00 | 0.00 | 0.00 | -283.75 | -283.75 |
| Kele, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -108.08 | -108.08 |
| Kelley Brothers, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -215.00 | -215.00 |
| Kenneally & Company | 0.00 | 0.00 | 0.00 | 0.00 | 3,413.00 | 3,413.00 |
| Kensol Airways | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| Kevin C. McGuire | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | 60.00 |
| Kroff Chemical Company, Inc. | 815.00 | 815.00 | 3,565.00 | 3,565.00 | 15,174.50 | 23,934.50 |
| Letsos Company | 0.00 | 0.00 | 0.00 | 0.00 | 615.00 | 615.00 |
| LUBRICATION ENGINEERS, INC. | 1,768.36 | 0.00 | 0.00 | 0.00 | 0.00 | 1,768.36 |
| Mac's Restoration LLC | 0.00 | 0.00 | 0.00 | 0.00 | -510.15 | -510.15 |
| Mara Restoration | 27,575.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,575.00 |
| Mark's Plumbing Parts | 0.00 | 0.00 | 0.00 | 0.00 | -149.88 | -149.88 |
| Matthew Leonard | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 |
| McMaster Carr | 0.00 | 0.00 | 0.00 | 0.00 | -3,650.88 | -3,650.88 |
| Mercer Group International | 0.00 | 0.00 | 0.00 | 0.00 | 599.00 | 599.00 |
| Mike Marley | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 |
| Mine Safety Appliances Company | 0.00 | 0.00 | 0.00 | 0.00 | 1,884.63 | 1,884.63 |
| Miner Ltd. d.b.a. House of Doors | 0.00 | 0.00 | 0.00 | 0.00 | 681.01 | 681.01 |
| MITCHELL'S LOCK & SAFE CO.,INC | 0.00 | 0.00 | 0.00 | 0.00 | 32.25 | 32.25 |
| Motion Industries | 0.00 | 0.00 | 0.00 | 0.00 | -268.22 | -268.22 |
| Mr. Rooter Plumbing | 0.00 | 0.00 | 0.00 | 0.00 | 553.81 | 553.81 |

## WW Contractors Inc.
## A/P Aging Summary
### As of June 20, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Mr. ShrinkWrap | 1,250.33 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.33 |
| MSC Industrial Supply Company. Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -63.12 | -63.12 |
| National Battery Co. | 0.00 | 0.00 | 0.00 | 0.00 | 1,530.00 | 1,530.00 |
| Naughton Energy Corp | 0.00 | 0.00 | 0.00 | 0.00 | 5,336.07 | 5,336.07 |
| NEW & ASSOCIATES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 6,500.00 | 6,500.00 |
| NextWave Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 510.00 | 510.00 |
| NORTHERN TOOL&EQUIPMENT CO. | 0.00 | 0.00 | 0.00 | 0.00 | -70.19 | -70.19 |
| Nu-Lite-New Orleans Branch | 0.00 | 0.00 | 0.00 | 0.00 | 351.93 | 351.93 |
| Oliver Plumbing Incorporated | 0.00 | 0.00 | 5,953.75 | 0.00 | 0.00 | 5,953.75 |
| Oliver Sprinkler Co., Inc. | 4,585.00 | 1,990.00 | 0.00 | 0.00 | 0.00 | 6,575.00 |
| Overhead Door Company of Tyler | 0.00 | 0.00 | 709.04 | 0.00 | 0.00 | 709.04 |
| Overhead Door Corporation | 207.00 | 299.00 | 0.00 | 0.00 | 0.00 | 506.00 |
| Overhead Door of New Orleans | 0.00 | 0.00 | 0.00 | 705.00 | 0.00 | 705.00 |
| Paul Whitman | 0.00 | 0.00 | 0.00 | 0.00 | 65.20 | 65.20 |
| Pennsylvania Equipment Sales | 7,775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,775.00 |
| PERSONNEL CONCEPTS LIMITED | 0.00 | 277.39 | 0.00 | 0.00 | 0.00 | 277.39 |
| Pitney Bowes | 0.00 | 0.00 | 0.00 | 0.00 | 1.44 | 1.44 |
| Plumbing Specialties, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,868.13 | 1,868.13 |
| Powers of Arkansas | 4,799.67 | 0.00 | 0.00 | 0.00 | 0.00 | 4,799.67 |
| PRECISION PSI INC. | 0.00 | 0.00 | 0.00 | 1,848.39 | 6,057.12 | 7,905.51 |
| PRITCHETT CONTROLS, INC. | 1,050.00 | 0.00 | 1,050.00 | 2,100.00 | 0.00 | 4,200.00 |
| Proton Electric | 0.00 | 0.00 | 0.00 | 3,720.00 | 7,312.25 | 11,032.25 |
| Purvis Industries, LTD. | 0.00 | 0.00 | 0.00 | 0.00 | -949.19 | -949.19 |
| Pyramid Waterproofing, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -15,025.00 | -15,025.00 |
| R. E. Michel Company, Inc. | 0.00 | 0.00 | 300.12 | 0.00 | 0.00 | 300.12 |
| R.W. Luce Co. | 0.00 | 0.00 | 0.00 | 0.00 | -35.54 | -35.54 |
| Refrigeration and ElectriC Supply Co. | 0.00 | 0.00 | 0.00 | 0.00 | -1,630.07 | -1,630.07 |
| Rexel Inc. | 0.00 | 1,287.97 | 342.17 | 19,981.62 | 42,943.31 | 64,555.07 |
| Rite Choice Uniforms | 0.00 | 102.12 | 0.00 | 0.00 | 0.00 | 102.12 |
| River Parish Disposal | 0.00 | 0.00 | 0.00 | 0.00 | -219.87 | -219.87 |
| Robert DeAntonio | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 |
| ROTO-ROOTER SERVICES COMPANY | 0.00 | 0.00 | 0.00 | 0.00 | -328.00 | -328.00 |
| Rudd Alarms | 0.00 | 4,823.56 | 0.00 | 0.00 | 0.00 | 4,823.56 |
| Rudd Contracting Co., Inc. | 0.00 | 0.00 | 3,218.26 | 545.00 | 0.00 | 3,763.26 |
| Rumsey Electric Co. | 0.00 | 810.06 | 2,700.63 | 2,988.38 | 397.97 | 6,897.04 |
| Rustic Fence Specialists Inc | 0.00 | 0.00 | 0.00 | 0.00 | 1,398.00 | 1,398.00 |
| Sarai Services Payroll | 0.00 | 0.00 | 0.00 | 0.00 | -550,000.00 | -550,000.00 |
| Scanex, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 9,852.50 | 9,852.50 |
| Schneider Paper Products, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -154.44 | -154.44 |
| Schwegman Office Products/IS | 0.00 | 0.00 | 0.00 | 0.00 | -112.80 | -112.80 |
| SECURITY AND DATA TECHNOLOGIES | 867.70 | 0.00 | 0.00 | 0.00 | 0.00 | 867.70 |
| Shades of Green | 16,004.00 | 10,370.00 | 49,891.00 | 43,456.00 | 35,295.00 | 155,016.00 |
| Shepherd Electric Company | 0.00 | 0.00 | 0.00 | 0.00 | 74.44 | 74.44 |
| Sherwin-Williams | 0.00 | 0.00 | 0.00 | 0.00 | -68.23 | -68.23 |
| Sherwin Williams Company | 0.00 | 0.00 | 0.00 | 0.00 | -210.12 | -210.12 |
| Siemen Building Technologies | 1,539.00 | 0.00 | 0.00 | 0.00 | 6,966.89 | 8,505.89 |
| Simplex Grinnell | 0.00 | 0.00 | 0.00 | 0.00 | -2,033.93 | -2,033.93 |
| Sprint | 0.00 | 0.00 | 0.00 | 0.00 | 193.06 | 193.06 |
| Standard Utility Construction | 0.00 | 0.00 | 0.00 | 0.00 | 21,623.84 | 21,623.84 |
| Stanley Access Technologies | 0.00 | 0.00 | 0.00 | 0.00 | 364.50 | 364.50 |
| Stephens & Company A/C & Heating LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,390.00 | 1,390.00 |
| StopFire, LLC | 0.00 | 3,729.00 | 0.00 | 0.00 | 0.00 | 3,729.00 |
| Summit Electric Supply | 0.00 | 0.00 | 0.00 | 0.00 | -294.44 | -294.44 |
| Sunbelt Rentals, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -459.32 | -459.32 |
| SupplyWorks | 0.00 | 0.00 | 0.00 | 0.00 | 272.63 | 272.63 |
| Tate Engineering Systems, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 562.33 | 562.33 |
| Taylor-Seidenbach, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -152.94 | -152.94 |
| Terminix Processing Center | 0.00 | 0.00 | 519.29 | 1,265.29 | 0.00 | 1,784.58 |
| Teter's Faucet Parts Corp | 0.00 | 0.00 | 0.00 | 0.00 | -194.40 | -194.40 |
| Texas Chiller Systems | 0.00 | 0.00 | 0.00 | 4,385.00 | 0.00 | 4,385.00 |
| The Standard | 0.00 | 0.00 | 11,858.00 | 0.00 | 0.00 | 11,858.00 |
| Thermal Gas Systems | 0.00 | 0.00 | 0.00 | 0.00 | 112.00 | 112.00 |
| Thomas Riffe | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 40.00 |
| Torbik Safe & Lock, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -2,745.00 | -2,745.00 |
| Total Fire and Safety, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 | 165.00 |
| Trane HVAC Parts & Supplies | 0.00 | 0.00 | 0.00 | 0.00 | -2,437.66 | -2,437.66 |

### WW Contractors Inc.
## A/P Aging Summary
#### As of June 20, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Trane U.S., Inc. | 0.00 | 0.00 | 436.00 | 0.00 | 878.63 | 1,314.63 |
| Tri Dim Filter Corp. | 0.00 | 1,657.06 | 5,786.77 | 0.00 | -1,254.93 | 6,188.90 |
| Tyco Integrated Security, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 6,827.71 | 6,827.71 |
| United Security Services | 0.00 | 0.00 | 0.00 | 0.00 | 3,339.47 | 3,339.47 |
| Universal Plumbing Supply Company | 0.00 | 0.00 | 0.00 | 0.00 | -17.17 | -17.17 |
| Verizon | 0.00 | 2,059.06 | 0.00 | 0.00 | 774.04 | 2,833.10 |
| Verizon Wireless | 0.00 | 0.00 | 0.00 | 0.00 | 17,283.76 | 17,283.76 |
| Veronica Ciaruffoli | 0.00 | 0.00 | 0.00 | 0.00 | 325.01 | 325.01 |
| Virginia Fire Protection | 4,988.55 | 7,413.55 | 4,988.55 | 10,615.55 | 24,415.03 | 52,421.23 |
| waste Management of Little Rock Hauling | 0.00 | 0.00 | 0.00 | 0.00 | -0.40 | -0.40 |
| Water Treatment Services Inc. | 4,578.09 | 4,578.07 | 4,578.13 | 0.00 | 0.00 | 13,734.29 |
| Waukesha-Pearce Industrie, Inc. | 0.00 | 0.00 | 0.00 | 4,400.49 | 0.00 | 4,400.49 |
| WW Contractors, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 648.12 | 648.12 |
| WW Grainger | 1,116.26 | 8,334.18 | 12,685.29 | 6,274.01 | -12,691.98 | 15,717.76 |
| YOU GROW WE MOW | 0.00 | 0.00 | 0.00 | 0.00 | 1,333.34 | 1,333.34 |
| TOTAL | 403,808.93 | 94,148.28 | 196,702.10 | 149,911.62 | -188,420.18 | 656,150.75 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **WW Contractors Inc.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) **18-12095-BFK** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | Please see attached. |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | lease of space for Debtor's operations | |
| --- | --- | --- | --- |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | Warren Wiggins 3605 Garth Manor Court Woodstock, MD 21163 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | seats | |
| --- | --- | --- | --- |
| | State the term remaining | two years of a five year lease | |
| | List the contract number of any government contract | | Washington Redskins 21300 Redskin Park Drive Ashburn, VA 20147 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | lease of 115 West Mulberry Street | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | WW Contractors Holding, LLC |

Attachment for Schedule G – Additional Contracts

CONTRACTS

**FBI Academy-FSS**
    FBI Academy 2012-FSS

**General Services Administration**
    Del Val Facil.
    East Texas-FSS
    NOLA 2013
    Southern NM, Las Cruces and Roswell

**HAI-WW**
    Four Feds 2010

**SSG WW JV, LLC.**
    Austin
    Brownsville
    Fort Worth Downtown
    Little Rock and Batesville, Ark AEC O&M
    SSG WW JV, LLC. - Other

**Trinmar**
    New Fort Worth

**Fill in this information to identify the case:**

Debtor name    **WW Contractors Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **18-12095-BFK**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                                                  Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Nea E. Wiggins | 8809 Stone Ridge Circle<br>Unit 301<br>Pikesville, MD 21208 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Warren Wiggins | 3605 Garth Manor Court<br>Woodstock, MD 21163 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **WW Contractors Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | **18-12095-BFK** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 12, 2018**          X **/s/ Warren Wiggins**
                                              Signature of individual signing on behalf of debtor

                                              **Warren Wiggins**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy