# U.S. Trustee Monthly Operating Report

Fill in this information to identify the case:

| | |
|---|---|
| Debtor Name: | WW Contractors, Inc. |
| United States Bankruptcy court for: | Eastern   District of Virginia |
| Case Number: | 18-12095-BFK |

☐ Check if this is an amended filing.

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

| | |
|---|---|
| Month: | 31-Jul-18 |
| Date Report Filed: | 10/2/18 (MM/DD/YYYY) |
| Line of Business: | Govt Contractor - Bldg Maint |
| NAISC Code: | 238990 |

IN ACCORDANCE WITH TITLE 2B, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

_/s/ Warren Wiggins_      10/2/18
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      DATE REPORT SIGNED

Warren Wiggins, President
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH THE DEBTOR

### 1. QUESTIONNAIRE:

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

IF YOU ANSWER *NO* TO ANY QUESITONS IN LINES 1-9, ATTACH AN EXPLANATION AND LABEL IT *EXHIBIT A*.

| # | Question | YES | NO | N/A |
|---|---|---|---|---|
| 1 | DID THE BUSINESS OPERATE DURING THE ENTIRE REPORTING PERIOD? | X | | |
| 2 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | | |
| 3 | HAVE YOU PAID ALL OF YOUR BILLS ON TIME | X | | |
| 4 | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | | |
| 5 | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO DEBTOR IN POSSESSION (DIP) ACCOUNTS? | X | | |
| 6 | HAVE YOU TIMELY FILED YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES? | X | | |
| 7 | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | | |
| 8 | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENTS TO THE U.S. TRUSTEE OR BANKRUPTCY ADMINISTRATOR? | X | | |
| 9 | HAVE YOU TIMELY PAID ALL OF YOUR INSURANCE PREMIUMS? | X | | |

**IF YOU ANSWER YES TO ANY OF THE QUESTIONS IN LINES 10-18, ATTACH AN EXPLANATION AND LABEL IT EXHIBIT B.**

| | | YES | NO | N/A |
|---|---|---|---|---|
| 10 | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | X | | |
| 11 | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY? | | X | |
| 12 | HAVE YOU SOLD OR TRANSFERRED ANY ASSETS OR PROVIDED SERVICES TO ANYONE RELATED TO THE DIP IN ANY WAY? | | X | |
| 13 | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY? | | X | |
| 14 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES? | | X | |
| 15 | HAVE YOU BORROWED MONEY FROM ANYONE OR HAS ANYONE MADE ANY PAYMENTS ON YOUR BEHALF? | | X | |
| 16 | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS? | | X | |
| 17 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | X | | |
| 18 | HAVE YOU ALLOWED ANY CHECKS TO CLEAR THE BANK THAT WERE ISSUED BEFORE YOU FILED BANKRUPTCY? | | X | |

**2. SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS**

19 **Total opening balance of all accounts** — $358,098.27
This amount must equal what you reported as cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20 **Total Cash Receipts**
Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. — $1,131,155.40

21 **Total Cash Disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. — $1,021,335.50

22 **Net Cash Flow** — $109,819.90
Subtract line 21 from 20 and report the result her. This amount may be different from what you may have calculated as net profit.

23 **Cash on hand at the end of the month**
Add line 22 + line 19. Report the result here. — $467,918.17

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. UNPAID BILLS

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purspose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

| | | |
|---|---|---|
| 24 | Total Payables | $332,581.44 |
| | *(Exhibit E)* | |

### 4. MONEY OWED TO YOU

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it Exhibit F. Identify who owes you money, how much is owed, and when payment is due. REport the total from Exhibit F here.

| | | |
|---|---|---|
| 25 | Total Receivables | $2,955,074.82 |
| | (Exhibit F) | |

### 5. EMPLOYEES

| | | |
|---|---|---|
| 26 | What was the number of employees when the case was filed? | 85 |
| 27 | What is the number of employees as of the date of this report? | 85 |

### 6. PROFESSIONAL FEES

| | | |
|---|---|---|
| 28 | How much have you paid this month in professional fees related to this bankruptcy case? | $0.00 |
| 29 | How much in professional fees related to this bankruptcy case since the case was filed? | $125.00 |
| 30 | How much have you paid this month in other professional fees? | $1,268.44 |
| 31 | How much have you paid in total other professional fees since filing this case? | $3,265.32 |

## 7. PROJECTIONS

Compare your actual cash receipts and disburesements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|    |                    | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|----|--------------------|----------------|---|----------------|---|----------------|
| 32 | Cash Receipts      | $1,158,790.00  | - | $1,131,155.40  | = | $27,634.60     |
| 33 | Cash Disbursements | $1,050,161.00  | - | $1,021,335.50  | = | $28,825.50     |
| 34 | Net Cash Flow      | $108,629.00    | - | $109,819.90    | = | ($1,190.90)    |

| | | |
|---|---|---|
| 35 | Total projected cash receipts for the next month: | $1,158,790.00 |
| 36 | Total projected cash disbursements for the next month: | $1,050,161.00 |
| 37 | Total projected net cash flow for the next month: | $108,629.00 |

**(IF ACTUAL CASH PROFIT WAS 90% OR LESS THAN PROJECTED CASH PROFIT, PLEASE INCLUDE A DETAILED WRITTEN EXPLANATION.)**

## 8. ADDITIONAL INFORMATION

If available, check the box to the left and attach copies of the following documents.

| | | |
|---|---|---|
| 38 | X | Bank statements for each open account (redact all but the last 4 digits of the account numbers. |
| 39 | X | Bank reconciliation reports for each account including list of outstanding checks. |
| 40 | X | Financial reports such as an income statement (profit/loss), balance sheet, and cash flow statement. |
| 41 |   | Budget, projection, or forecast reports. |
| 42 |   | Project, job costing, or work-in-progress reports. |

### RECONCILIATION OF CASH DISBURSEMENTS

| | |
|---|---:|
| CASH DISBURSEMENTS PER FORM 4A-2 | 1,021,335.50 |
| CASH DISBURSEMENTS PER SUM OF FORM 4A-3 | 1,021,335.50 |
| CASH DISBURSEMENTS PER FORM 4D | 1,021,335.50 |

| DEBTOR: | WW Contractors, Inc. | CASE NO: | 18-12095-BFK |
|---|---|---|---|

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT FORM SB-2**

For Period: 07/01/18 to 07/31/18

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 358,098.27 (1) | $ 164,703.23 (1) |
| 2. Cash Receipts | | |
|    Operations | 1,131,155.40 | 1,951,527.13 |
|    Sale of Assets   NOTE: See (B) Below: | 0.00 | 0.00 |
|    Loans/advances | 0.00 | 0.00 |
|    Other | 0.00 | 0.00 |
|    Total Cash Receipts | $ 1,131,155.40 | $ 1,951,527.13 |
| 3. Cash Disbursements | | |
|    Operations | $ 976,971.18 | $ 1,574,573.70 |
|    Debt Service/Secured loan payment | 34,456.48 | 63,830.65 |
|    Professional fees/U.S. Trustee fees | 0.00 | 0.00 |
|    Payments made from asset sale: NOTE: See (C) Below. | 0.00 | 0.00 |
|    Other | 9,907.84 | 9,907.84 |
|    Total Cash Disbursements | $ 1,021,335.50 | $ 1,648,312.19 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ 109,819.90 | $ 303,214.94 |
| 5 Ending Cash Balance | $ 467,918.17 (2) | $ 467,918.17 (2) |

| CASH BALANCE SUMMARY See Note (A) below. | | Book |
|---|---|---|
| Petty Cash | | $ 0.00 |
| DIP Operating Account | | $ 466,600.12 |
| DIP State Tax Account | | $ 0.00 |
| DIP Payroll Account | | $ 1,318.05 |
| Other Operating Account | | $ 0.00 |
| Other Interest-bearing Account | | $ 0.00 |
| **TOTAL (must agree with Ending Cash Balance above)** | | $ 467,918.17 (2) |
| Variance between Ending Cash Balance and Ending Book Balances: | | 0.00 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.
(B) This figure should include the gross amount the seller receives from the sale. On a HUD-1, this would be
(C) This figure should include all reductions paid by the debtor for the sale of of asset(s). On a HUD-1, this w
(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

| DEBTOR: | WW Contractors, Inc. | | CASE NO: | 18-12095-BFK |

Form SB-3
CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)
FOR THE PERIOD 7/1/2018 TO 7/31/2018

**CASH RECEIPTS DETAIL**  Account No: 1129 Suntrust DIP
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 7/3/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 203,333.61 |
| 7/3/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 2,816.00 |
| 7/5/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 9,967.17 |
| 7/12/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 198,145.53 |
| 7/17/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 271,966.00 |
| 7/18/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 3,520.00 |
| 7/19/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 56,462.30 |
| 7/19/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 22,268.24 |
| 7/19/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 833.13 |
| 7/19/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 6,944.69 |
| 7/20/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 1,754.64 |
| 7/20/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 8,552.50 |
| 7/20/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 14,417.70 |
| 7/20/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 264.36 |
| 7/23/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 21,653.50 |
| 7/25/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 188,373.47 |
| 7/26/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 1,979.12 |
| 7/31/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 55,530.50 |
| 7/31/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 55,484.82 |
| 7/31/2018 | Customer | Deposit- 1129 Suntrust DIP Account | $ 6,862.72 |
| 7/31/2018 | Wells Fargo | Interest Income | $ 0.40 |
| 7/31/2018 | Customer | Deposit - Wells Fargo | $ 25.00 |
| | | **Total Cash Receipts** | $ 1,131,155.40 (1) |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash receipts listed on Form SB-2.

| DEBTOR: | WW Contractors, Inc. | | | 18-12095-BFK |
|---|---|---|---|---|

**Form SB-4**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)**

**CASH DISBURSEMENTS DETAIL**  Account No:  **Various**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 7/1/2018 | 13802 | Local Union 564 | Local 564 WW Contractors | $ (349.60) |
| 7/1/2018 | 13803 | Local Union 564 | Union Dues- Trinmar | $ (165.66) |
| 7/1/2018 | 13804 | CENTRAL PENSION FUND | 215916 WW Contractors | $ (2,880.00) |
| 7/1/2018 | 13805 | CENTRAL PENSION FUND | Local 564 -WW Contractors | $ (3,247.60) |
| 7/1/2018 | 13806 | CENTRAL PENSION FUND | 213119 -WW Contractors | $ (8,276.13) |
| 7/1/2018 | 13807 | CENTRAL PENSION FUND | 224251-Trinmar | $ (659.20) |
| 7/2/2018 | | CENTRAL PENSION FUND | 224251-Trinmar | $ (3,998.00) |
| 7/2/2018 | | iConnect | Prepaid Credit Card for COGS | $ (30,000.00) |
| 7/2/2018 | eft | Improcom Global Telecom | Telecom | $ (1,709.70) |
| 7/2/2018 | | Intuit | computer purchase | $ (10.99) |
| 7/2/2018 | Withdrawal | Petty Cash | Petty Cash | $ (10,000.00) |
| 7/3/2018 | | BMW FINANCIAL | Auto | $ (884.71) |
| 7/3/2018 | eft | American Education Services | Tuition | $ (49.02) |
| 7/6/2018 | eft | Sallie Mae | Tuition | $ (658.64) |
| 7/10/2018 | | CHUBB INSURANCE | Insurance | $ (5,203.00) |
| 7/10/2018 | | Improcom Global Telecom | Telecom | $ (857.00) |
| 7/10/2018 | | Improcom Global Telecom | Telecom | $ (286.42) |
| 7/31/2018 | | | Service Charge | $ (35.00) |
| 7/31/2018 | | | Service Charge | $ (15.00) |
| 7/3/2018 | 99 | PLUMBERS & STEAMFITTERS | Union Dues | $ (310.00) |
| 7/5/2018 | wire | Proton Electric | COGS Vendor | $ (11,032.25) |
| 7/5/2018 | WIRE | First National Bank | Secured Debt Payment | $ (20,000.00) |
| 7/5/2018 | WIRE | Kroff Chemical Company, Inc. | COGS Vendor | $ (4,049.00) |
| 7/5/2018 | | Suntrust Bank | Bank Fees | $ (65.00) |
| 7/5/2018 | | Suntrust Bank | Bank Fees | $ (65.00) |
| 7/5/2018 | | Suntrust Bank | Bank Fees | $ (65.00) |
| 7/6/2018 | EFT | United Healthcare | Insurance | $ (35,540.21) |
| 7/6/2018 | EFT | Guardian Insurance | Insurance | $ (5,059.99) |
| 7/9/2018 | Elec Check | Fairborn Equipment Company Inc | COGS Vendor | $ (18,575.00) |
| 7/9/2018 | eft | Intuit | Office Expense | $ (452.60) |
| 7/10/2018 | Elec Check | Bernhard Mechanical Contractors, Inc. | J#020107 P#NO1117-052 | $ (246.22) |
| 7/10/2018 | Elec Check | IDEAL LIGHTING | J#020107 P#NO0318-032 | $ (625.00) |
| 7/10/2018 | | CHUBB GROUP | Insurance | $ (5,203.00) |
| 7/11/2018 | eft | Bayview Loan Servicing | | $ (7,535.55) |
| 7/11/2018 | | Verizon Wireless | Telecom | $ (15,365.39) |
| 7/16/2018 | EFT | CNA Insurance Companies | paid 071618 conf #CAC3559071618 | $ (14,780.06) |
| 7/16/2018 | WIRE | iConnect | Prepaid Credit Card for COGS | $ (15,000.00) |
| 7/16/2018 | EFT | Suntrust Bank | Fees | $ (65.00) |
| 7/18/2018 | Elec Check | StopFire, LLC | J#020107 P#NO0318-022 | $ (3,729.00) |
| 7/19/2018 | ach | CPR Services | J#110109 P#DV-W0118-024 | $ (24,631.98) |
| 7/19/2018 | ACH | CHARLES SCHWAB | 401K TRINMAR PAY DATE 040618 | $ (595.63) |
| 7/19/2018 | ACH | CHARLES SCHWAB | 401K TRINMAR PAY DATE 042018 | $ (531.41) |
| 7/19/2018 | ACH | CHARLES SCHWAB | 401K TRINMAR PAY DATE 050418 | $ (196.40) |
| 7/19/2018 | ACH | CHARLES SCHWAB | 401K TRINMAR PAY DATE 051818 | $ (266.80) |
| 7/19/2018 | ACH | CHARLES SCHWAB | 401K TRINMAR PAY DATE 060118 | $ (266.80) |
| 7/19/2018 | ACH | CHARLES SCHWAB | 401K TRINMAR PAY DATE 061518 | $ (187.76) |
| 7/19/2018 | ACH | CHARLES SCHWAB | 401K TRINMAR PAY DATE 062918 | $ (1,580.80) |
| 7/19/2018 | ACH | CHARLES SCHWAB | 401K WW PAY DATE 071318 | $ (13,143.34) |
| 7/19/2018 | EFT | Northwest BMW | Auto | $ (1,000.00) |
| 7/20/2018 | 106 | Nicholas Wiggins | pay date 072018 | $ (1,200.00) |
| 7/20/2018 | WIRE | First National Bank | Secured Debt Payment | $ (10,000.00) |
| 7/20/2018 | EFT | Suntrust Bank | WIRE FEE | $ (65.00) |
| 7/21/2018 | 104 | Yvonne Tinsley | computer purchase | $ (1,500.00) |
| 7/23/2018 | 107 | Mark Myatt | transport of truck from NOLA to Houston and | $ (1,000.00) |
| 7/23/2018 | ACH | CHARLES SCHWAB | 401K WW PAY DATE 042018; 811379-2154 | $ (32,066.50) |
| 7/23/2018 | ACH | CHARLES SCHWAB | 401K WW PAY DATE 050418; 811379-2154 | $ (31,943.45) |
| 7/23/2018 | ACH | CHARLES SCHWAB | 401K WW PAY DATE 051818; 811379-2154 | $ (32,118.58) |
| 7/23/2018 | ACH | CHARLES SCHWAB | 401K WW PAY DATE 060118; 811379-2154 | $ (32,077.66) |
| 7/23/2018 | ACH | CHARLES SCHWAB | 401K WW PAY DATE 061518; 811379-2154 | $ (32,105.93) |
| 7/23/2018 | ACH | CHARLES SCHWAB | 401K WW PAY DATE 062918; 811379-2154 | $ (44,642.32) |
| 7/24/2018 | In Bank WD | Cash | Houston petty cash | $ (3,000.00) |

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 7/25/2018 | EFT | Northwest BMW | Payment for the BMW involved in the accident | $ (6,944.69) |
| 7/25/2018 | ACH | Oliver Plumbing Incorporated | J#110108GP#ET0318-049; NM | $ (5,953.75) |
| 7/26/2018 | 110 | Machado Landscape LLC. | PROPERTY MAINTENANCE | $ (1,000.00) |
| 7/27/2018 | eft | EZ Pass | Auto | $ (50.00) |
| 7/27/2018 | wire | Axten's Nursery & Landscape Services | COGS Vendor | $ (6,000.00) |
| 7/27/2018 | wire | First National Bank | Secured Debt Payment | $ (4,456.48) |
| 7/27/2018 | | Comcast | Internet and voice line - Chimes | $ (218.21) |
| 7/27/2018 | ACH | CHARLES SCHWAB | 401K WW  PAY DATE 072018; 811379-2154 | $ (35,991.44) |
| 7/27/2018 | ACH | CHARLES SCHWAB | 401K TRINMAR PAY DATE 072018; Plan 81 | $ (256.92) |
| 7/30/2018 | ACH | Axten's Nursery & Landscape Services | COGS Vendor | $ (6,000.00) |
| 7/30/2018 | EFT | Shades of Green | COGS Vendor | $ (22,000.00) |
| 7/30/2018 | Check Card | Kroff Chemical Company, Inc. | COGS Vendor | $ (2,503.20) |
| 7/30/2018 | | Improcom Global Telecom | Telecom | $ (1,696.32) |
| 7/31/2018 | 111 | Dowlin Electric | COGS Vendor | $ (22,000.00) |
| 7/31/2018 | 112 | Local 99-99A JAC Trust Fund | SOMD District Courthouse; Account 1646 Qtr | $ (180.00) |
| 7/31/2018 | EFT | AT & T | Telecom | $ (113.71) |
| 7/31/2018 | EFT | AT & T | Beaumont | $ (119.86) |
| 7/31/2018 | EFT | AT & T | Telecom | $ (194.40) |
| 7/31/2018 | EFT | AT & T | Beaumont | $ (230.32) |
| 7/31/2018 | EFT | AT & T | J#010107; NW | $ (242.15) |
| 7/31/2018 | | AT & T | Telecom | $ (211.35) |
| 7/31/2018 | EFT | AT & T | 903-595-4124 & 903-595-4608 | $ (278.97) |
| 7/31/2018 | Check Card | Cintas Corporation -061, 100,287 | COGS Vendor | $ (5,144.65) |
| 7/6/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (217.93) |
| 7/6/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (378.75) |
| 7/12/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (3,950.26) |
| 7/12/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (6,914.34) |
| 7/12/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (7,606.04) |
| 7/12/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (16,644.69) |
| 7/12/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (16,744.46) |
| 7/12/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (30,150.74) |
| 7/13/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (2,418.16) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (52,838.47) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (91,945.78) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (13,692.96) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (35,700.92) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (12,047.42) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (59,194.75) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (8,765.99) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (36,157.28) |
| 7/19/2018 | | HUMAN RESOURCES, INC. | Payroll Service | $ (13,684.19) |
| 7/23/2018 | elec check | Gustavo A. Morales | COGS Vendor | $ (1,911.54) |
| 7/23/2018 | elec check | Alice M. Burks | COGS Vendor | $ (486.96) |
| 7/23/2018 | elec check | FIDELIA FLORES | COGS Vendor | $ (1,152.65) |
| 7/23/2018 | elec check | FRANCISCO ALVAREZ | COGS Vendor | $ (462.75) |
| 7/23/2018 | elec check | Lena M. McGowen | COGS Vendor | $ (447.34) |
| 7/23/2018 | Elec Check | CARLA FLOURNOY | COGS Vendor | $ (2,418.12) |
| 7/23/2018 | eft | HUMAN RESOURCES, INC. | | $ (1,879.57) |
| 7/31/2018 | | | | $ (304.99) |
| 7/31/2018 | | | | $ (167.05) |
| 7/31/2018 | | | | $ (0.40) |
| 7/2/2018 | | | Legal Order Fees | $ (3.12) |
| 6/13/2018 | | Duplicate Checks Removed - Write old checks | Miscellaneous Income | $ 4,567.10 |
| 6/13/2018 | | Prepetition Checks O/S - Moved to AP | See Exhibit G-2 | $ 5,340.74 |
| | | | **Total Cash Disbursements** | $ **($1,021,335.50)** (1) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

| DEBTOR: | WW Contractors, Inc. | | CASE NO: | 18-12095-BFK |
|---|---|---|---|---|

**Form SB-5**
**COMPARATIVE BALANCE SHEET**
For Period Ended: 07/31/18

| | | Current Month | Petition Date (1) |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets:** | | | |
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ 467,918 | $ 164,703 |
| Accounts Receivable (from Form 2-E) | | 2,955,075 | 2,786,678 |
| Receivable from Officers, Employees, Affiliates | | | |
| Inventory | | | |
| Other Current Assets :(List) | Allowance for Doubtful Accounts | (603,230) | (603,230) |
| | Undeposited Funds | 9,429 | 1,595 |
| **Total Current Assets** | | $ 2,829,192 | $ 2,349,746 |
| **Fixed Assets:** | | | |
| Land | | $ 60,158 | $ 60,158 |
| Building | | 506,329 | 506,329 |
| Equipment, Furniture and Fixtures | | 379,248 | 379,248 |
| **Total Fixed Assets** | | $ 945,735 | $ 945,735 |
| Less: Accumulated Depreciation | | ( 460,749 ) | ( 460,749 ) |
| **Net Fixed Assets** | | $ 484,986 | $ 484,986 |
| Other Assets (List): | Shareholder Loan | 1,074,816 | 1,073,151 |
| **TOTAL ASSETS** | | $ 4,388,994 | $ 3,907,883 |
| **LIABILITIES** | | | |
| **Post Petition Liabilities:** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 332,581 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | | - |
| Post-petition Taxes Payable (from Form 2-E) | | | - |
| Post-petition Notes Payable | | | - |
| Other Post-petition Payable(List): | | | - |
| | | | - |
| **Total Post Petition Liabilities** | | $ 332,581 | $ - |
| **Pre Petition Liabilities:** | | | |
| Secured Debt | | 3,587,703 | 3,630,054 |
| Priority Debt | | 1,551,036 | 1,557,026 |
| Unsecured Debt | | 1,750,283 | 1,851,134 |
| **Total Pre Petition Liabilities** | | $ 6,889,022 | $ 7,038,214 |
| **TOTAL LIABILITIES** | | $ 7,221,603 | $ 7,038,214 |
| **OWNERS' EQUITY** | | | |
| Owner's/Stockholder's Equity | | $ (2,861) | $ (2,860) |
| Retained Earnings - Prepetition | | (3,127,471) | (3,127,471) |
| Retained Earnings - Post-petition | | 297,723 | |
| **TOTAL OWNERS' EQUITY** | | $ (2,832,609) | $ (3,130,331) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 4,388,994 | $ 3,907,883 |
| VARIANCE (ASSETS - LIABILITIES +- CAPITAL) MUST BE $0 | | $ - | $ - |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.
NOTE: IF USING EXCEL, EACH LINE MUST CONTAIN A NUMBER.

**DEBTOR:** WW Contractors, Inc.  **CASE NO:** 18-12095-BFK

## Form SB-6
## PROFIT AND LOSS STATEMENT
For Period 07/01/18 to 07/31/18

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 1,348,886 | $ 2,133,846 |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ 1,348,886 | $ 2,133,846 |
| Cost of Goods Sold | 1,029,080 | 1,614,096 |
| **Gross Profit** | $ 319,806 | $ 519,750 |
| **Gross Profit Margin** | 24% | 24% |
| **Operating Expenses** | | |
| Officer Compensation | $ 3,618 | $ 8,233 |
| Selling, General and Administrative | 101,303 | 181,207 |
| Rents and Leases | 7,721 | 7,721 |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): | - | - |
| | - | - |
| **Total Operating Expenses** | $ 112,642 | $ 197,161 |
| **Operating Income (Loss)** | $ 207,164 | $ 322,589 |
| **Non-Operating Income and Expenses** | | |
| Other Non-Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | - | 3 |
| Interest Expense | 19,744 | 21,479 |
| Other Non-Operating Income | - | - |
| **Net Non-Operating Income or (Expenses)** | $ (19,744) | $ (21,476) |
| **Reorganization Expenses** | | |
| Legal and Professional Fees | $ 1,268 | $ 3,390 |
| Other Reorganization Expense | - | - |
| **Total Reorganization Expenses** | $ 1,268 | $ 3,390 |
| **Net Income (Loss) Before Income Taxes** | $ 186,152 | $ 297,723 |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ 186,152 | $ 297,723 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*
**NOTE: IF USING EXCEL, ALL LINES MUST CONTAIN A NUMBER.**

**DEBTOR:** WW Contractors, Inc.  **CASE NO:** 18-12095-BFK

Form SB-7
DISBURSEMENT SUMMARY
For the Month Ended: July 31, 2018

| | |
|---|---:|
| Total Disbursements from Operating Account (Note 1) | $ 603,051.00 |
| Total Disbursements from Payroll Account (Note 2) | $ 418,284.50 |
| Total Disbursements from Tax Escrow Account (Note 3) | $ 0.00 |
| Total Disbursements from and other Account (Note 4) | $ 0.00 |
| **Grand Total disbursements from all accounts** | $ 1,021,335.50 |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account. Exclude only transfers to the debtor in possession payroll account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the tax escrow account. Exclude only transfers to the debtor in possession operating account, the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 4 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, and amounts paid from the accounts of others on the debtors behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)

## FEE SCHEDULE

In accordance with the Bankruptcy Judgeship Act of 2017, Pub. L. No. 115-72, the following website link will take you to schedules which will apply for the calendar quarters beginning January 1, 2018 through September 30, 2018.

www.justice.gov/ust/chapter-11-quarterly-fees

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

DEBTOR: WW Contractors, Inc.　　　　　　　　CASE NO: 18-12095-BFK

Form SB-8
**NARRATIVE**
FOR THE PERIOD 07/31/2018

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| DEBTOR: | WW Contractors, Inc | | | CASE NO: | 18-12095-BFK |

**Exhibit B2**
BILLS PAID BEFORE FILING BANKRUPTCY
FOR THE PERIOD 7/1/2018 TO 7/31/2018

Payee Detail          Account No:   N/A
*(attach additional sheets as necessary)*

| Date | Num | Label | Name | Amount |
|---|---|---|---|---|
| 6/11/2018 | 9039230591jul18 | Telephone | AT & T | 357.84 |
| 5/1/2018 | 284509556jul18 | Telephone | AT & T | 119.86 |
| 11/30/2017 | 7156 | COGS Vendor | Bernhard Mechanical Contractors, Inc. | 246.22 |
| 5/4/2018 | 5755245882may18 | COGS Vendor | Century Link | 204.44 |
| 3/5/2018 | 100225326 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 3/12/2018 | 100228741 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 3/13/2018 | 61601725 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 3/19/2018 | 100232069 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 3/20/2018 | 61606171 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 3/26/2018 | 100235468 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 3/27/2018 | 61610520 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 4/2/2018 | 100238880 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 4/3/2018 | 61614842 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 4/6/2018 | 61617614 | COGS Vendor | Cintas Corporation -061, 100,287 | 89.90 |
| 4/10/2018 | 61619125 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 4/11/2018 | 100242285 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 4/13/2018 | 61621760 | COGS Vendor | Cintas Corporation -061, 100,287 | 89.90 |
| 4/16/2018 | 100245625 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 4/17/2018 | 61623349 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 4/20/2018 | 61626083 | COGS Vendor | Cintas Corporation -061, 100,287 | 89.90 |
| 4/23/2018 | 100249012 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 4/24/2018 | 61627760 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 4/27/2018 | 61630476 | COGS Vendor | Cintas Corporation -061, 100,287 | 89.90 |
| 4/30/2018 | 287183246 | COGS Vendor | Cintas Corporation -061, 100,287 | 178.14 |
| 4/30/2018 | 100252411 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 4/30/2018 | 287168483 | COGS Vendor | Cintas Corporation -061, 100,287 | 138.14 |
| 5/1/2018 | 61632034 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 5/7/2018 | 100255823 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 5/8/2018 | 61636170 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 5/9/2018 | 287172174 | COGS Vendor | Cintas Corporation -061, 100,287 | 170.14 |
| 5/11/2018 | 61638948 | COGS Vendor | Cintas Corporation -061, 100,287 | 89.90 |
| 5/14/2018 | 100259149 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 5/14/2018 | 287175808 | COGS Vendor | Cintas Corporation -061, 100,287 | 138.14 |
| 5/15/2018 | 61640564 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 5/21/2018 | 61643399 | COGS Vendor | Cintas Corporation -061, 100,287 | 89.90 |
| 5/22/2018 | 61644937 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 5/22/2018 | 287179545 | COGS Vendor | Cintas Corporation -061, 100,287 | 138.14 |
| 5/24/2018 | 61647834 | COGS Vendor | Cintas Corporation -061, 100,287 | 89.90 |
| 5/24/2018 | 100262552 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 5/29/2018 | 61649412 | COGS Vendor | Cintas Corporation -061, 100,287 | 86.12 |
| 6/1/2018 | 61652146 | COGS Vendor | Cintas Corporation -061, 100,287 | 100.15 |
| 6/4/2018 | 100265967 | COGS Vendor | Cintas Corporation -061, 100,287 | 74.00 |
| 6/4/2018 | 100268351 | COGS Vendor | Cintas Corporation -061, 100,287 | 91.18 |
| 6/5/2018 | 61653754 | COGS Vendor | Cintas Corporation -061, 100,287 | 96.08 |
| 6/8/2018 | 61656796 | COGS Vendor | Cintas Corporation -061, 100,287 | 101.80 |
| 6/11/2018 | 287186942 | COGS Vendor | Cintas Corporation -061, 100,287 | 173.02 |
| 6/12/2018 | 287190562 | COGS Vendor | Cintas Corporation -061, 100,287 | 173.02 |
| 6/12/2018 | 61658674 | COGS Vendor | Cintas Corporation -061, 100,287 | 96.08 |
| 4/17/2018 | 021015 1389 | COGS Vendor | CPR Services | 24,631.98 |
| 12/4/2017 | MJD1201 | COGS Vendor | Dowlin Electric | 8,600.00 |
| 12/10/2017 | MJD1203 | COGS Vendor | Dowlin Electric | 13,400.00 |
| 1/30/2018 | PA-10592P | COGS Vendor | Fairborn Equipment Company Inc | 18,375.00 |
| 3/12/2018 | 324429 | COGS Vendor | IDEAL LIGHTING | 625.00 |
| 1/25/2018 | ORD0022100 | COGS Vendor | Kroff Chemical Company, Inc. | 575.00 |
| 3/27/2018 | 73712 | COGS Vendor | Oliver Plumbing Incorporated | 5,953.75 |
| 1/19/2018 | 6236 | COGS Vendor | Proton Electric | 3,039.99 |
| 1/19/2018 | 6237 | COGS Vendor | Proton Electric | 4,272.26 |
| 2/22/2018 | 6271 | COGS Vendor | Proton Electric | 420.00 |
| 2/27/2018 | 6274 | COGS Vendor | Proton Electric | 3,300.00 |
| 1/29/2018 | S5280489.001 | COGS Vendor | Rumsey Electric Co. | 443.20 |
| 6/1/2018 | 21859 | COGS Vendor | Shades of Green | 10,370.00 |
| 6/1/2018 | 21843 | COGS Vendor | Shades of Green | 1,260.00 |
| 4/24/2018 | INV194 | COGS Vendor | StopFire, LLC | 3,729.00 |

DEBTOR: WW Contractors, Inc         CASE NO: 18-12095-BFK

## Exhibit B2
BILLS PAID BEFORE FILING BANKRUPTCY
FOR THE PERIOD 7/1/2018 TO 7/31/2018

**Payee Detail**         Account No: N/A
*(attach additional sheets as necessary)*

| Date | Num | Label | Name | | Amount |
|---|---|---|---|---|---|
| 5/27/2018 | 1000018623june18 | COGS Vendor | Sudden Link Business | | 170.18 |
| 5/16/2018 | 215848457june18 | Telephone | Verizon | | 196.45 |
| 5/22/2018 | 8564555145jun18 | Telephone | Verizon | | 194.73 |
| 3/1/2018 | PA-10297 P2 | | Fairborn Equipment Company Inc | 91 | 200 |

**Total Paid**         $ 104,903.67

**Reconciliation**

| | |
|---|---|
| Original Balance - pre-Bankruptcy 6/12/2018 | 993,049 |
| Paid in June | (31,575) |
| Balance 6/30/2018 | 961,474 |
| Paid in July | (104,904) |
| Pre-bankruptcy AP - July 31, 2018 | 856,570 |
| Pre-bankruptcy O/S checks - July 31, 2018 | 5,341 |
| Total Pre-bankruptcy - July 31, 2018 | 861,911 |