**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| In re: ) | |
| ) | |
| WW Contractors, Inc., ) | |
| ) | Case No. 18-12095-BFK |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**AMENDED NOTICE OF HEARING AND NOTICE OF
DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY
SAUL EWING ARNSTEIN & LEHR LLP AS SPECIAL LITIGATION COUNSEL**

**NOTICE IS HEREBY GIVEN** that WW Contractors, Inc., the debtor and debtor in possession hearing (the "Debtor") filed an *Application for Authority to Employ Saul Ewing Arnstein & Lehr LLP as Special Litigation Counsel* (the "Application") on July 13, 2018, wherein the Debtor seeks entry of an order authorizing the Debtor to employ Saul Ewing Arnstein & Lehr LLP as Special Litigation Counsel for the Debtor.

**A** hearing regarding the Application and any responses thereto was scheduled for October 9, 2018 at 11:00 a.m. in Courtroom 1, 2nd Floor, Bostetter U.S. Courthouse, 200 South Washington Street, Alexandria, Virginia 22314-5405. Please be advised that the hearing has been continued to **November 6, 2018 at 11:00 a.m. in Courtroom 1, 2nd Floor, Bostetter U.S. Courthouse, 200 South Washington Street, Alexandria, Virginia 22314-5405.**

Respectfully submitted,

/s/ Aryeh E. Stein
Aryeh E. Stein, VA Bar No. 45895
Meridian Law, LLC
600 Reisterstown Road
Suite 700
Baltimore, MD 21208
(443) 326-6011
astein@meridianlawfirm.com

*Counsel for Debtor*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2018, a copy of the foregoing notice was served electronically to those parties on the Court's CM/ECF notice list.

/s/ Aryeh E. Stein
Aryeh E. Stein