**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WW Contractors, Inc., | ) | Case No. 18-12095-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that Christopher A. Jones, David W. Gaffey, and Jennifer E. Wuebker of Whiteford, Taylor & Preston, LLP ("WT&P"), hereby appears in this matter on behalf of WW Contractors, Inc. (the "Debtor") and request, in accordance with Fed. R. Bankr. P. 2002, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case, and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

> David W. Gaffey
> Whiteford, Taylor & Preston, LLP
> 3190 Fairview Park Drive, Suite 800
> Falls Church, Virginia 22042
> dgaffey@wtplaw.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone,

---

WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Proposed Counsel for WW Contractors, Inc.*

telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interests of creditors or parties in interest.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

Dated:  November 2, 2018     WHITEFORD TAYLOR & PRESTON, LLP

/s/ *David W. Gaffey*
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-3374
Email: dgaffey@wtplaw.com

*Proposed Counsel for WW Contractors, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this November 2, 2018, a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/ *David W. Gaffey*
Counsel