# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WW Contractors, Inc., | ) | Case No. 18-12095-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## WITHDRAWAL OF DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY SAUL EWING ARNSTEIN & LEHR LLP AS SPECIAL LITIGATION COUNSEL

WW Contractors, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, hereby withdraws without prejudice its *Debtor's Application for Authority to Employ Saul Ewing Arnstein & Lehr LLP as Special Litigation Counsel* [Docket No. 52] filed in the above captioned case.

Dated: November 2, 2018

WHITEFORD TAYLOR & PRESTON, LLP

/s/ *David W. Gaffey*
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-3374
Email: dgaffey@wtplaw.com

*Proposed Counsel for WW Contractors, Inc.*

---

WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Proposed Counsel for WW Contractors, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2018, I caused a copy of the foregoing Withdrawal to be served via the Court's Electronic Case Filing System on all parties requesting notice thereby, and by first-class mail, postage prepaid, on the parties listed below.

Richard Ashford DuBose, III
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, MD 21202

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

                                            */s/ David W. Gaffey*
                                            Counsel