**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **WW Contractors Inc.,** | * | Case No: 18-12095-BFK |
| **Debtor.** | * | Chapter 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL TO DEBTOR

PLEASE TAKE NOTICE that Aryeh E. Stein and Meridian Law, LLC hereby withdraw their appearance as counsel to the Debtor in the above-captioned case.

Respectfully submitted,

/s/ Aryeh E. Stein
Aryeh E. Stein, VA Bar No. 45895
Meridian Law, LLC
600 Reisterstown Road
Suite 700
Baltimore, MD 21208
(443) 326-6011
astein@meridianlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2018, a copy of the foregoing pleading was served electronically to those parties on the Court's CM/ECF notice list.

/s/ Aryeh E. Stein
Aryeh E. Stein