**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WW Contractors, Inc., | ) | Case No. 18-12095-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**APPLICATION TO EMPLOY WHITEFORD,
TAYLOR & PRESTON, LLP AS COUNSEL TO THE DEBTOR**

WW Contractors, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, respectfully submits this *Application to Employ Whiteford, Taylor & Preston, LLP as Counsel to the Debtor* (the "Application") requesting the entry of an order pursuant to Section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the employment and retention of Whiteford, Taylor & Preston, LLP ("WT&P") as its counsel, effective as of October 22, 2018. The Debtor also submits the *Verified Statement of Christopher A. Jones* attached hereto as Exhibit A (the "Verified Statement"). In support of the Application, the Debtor respectfully states as follows:

**Jurisdiction**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Proposed Counsel for WW Contractors, Inc.*

**Background**

2. On June 14, 2018, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Maryland Court").

3. On June 14, 2018, the Maryland Court entered an order transferring this case to the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"). No official committee of unsecured creditors has been formed in this case.

4. The Debtor retained Jeffrey M. Sirody & Associates as bankruptcy counsel when the case was pending in the Maryland Court. Upon information and belief, counsel at Jeffrey M. Sirody & Associates are not licensed to practice law in Virginia.

5. Upon the transfer of the case to this Court, the Debtor retained Meridian Law, LLC ("Meridian") as bankruptcy counsel. Meridian's employment was approved by order of this Court entered on August 15, 2018. *See* Docket No. 75.

6. The Debtor has determined in the exercise of its business judgment and consistent with its duties as debtor-in-possession that this case is best served by the replacement of Meridian with other counsel.

**Relief Requested**

7. The Debtor, in the exercise of its business judgment and consistent with its duties, has determined that it requires the advice and guidance of experienced legal counsel to carry out its duties under the Bankruptcy Code.

8. Pursuant to this Application, the Debtor seeks authority to retain WT&P as its counsel regarding all matters related to the Debtor's chapter 11 case.

9. The Debtor selected WT&P because of its experience and knowledge of bankruptcy matters and this Court's Local Rules and practices, and believes WT&P is well qualified to represent it in this chapter 11 case.

10. The professional services that WT&P will render to the Debtor may include, but shall not be limited to, the following:

    a. providing legal advice regarding the Debtor's powers and duties under the Bankruptcy Code;

    b. preparing any necessary schedules, applications, motions, memoranda, plans, disclosure statements, briefs, notices, answers, orders, reports and other legal papers, and appearing on the Debtor's behalf in any proceeding;

    c. handling contested matters and Adversary Proceedings as they arise; and

    d. performing all other legal services for the Debtor which may be necessary or desirable in connection with this chapter 11 case.

11. The Debtor believes that it is necessary to employ counsel to render professional services to it as described above so that the Debtor may properly fulfill its duties under the Bankruptcy Code. The Debtor submits that WT&P is well qualified to handle the legal work required in this chapter 11 case.

**The Standards for Approving Employment**

12. Section 327(a) empowers a debtor, with the Court's approval, to employ attorneys "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. § 327(a). Pursuant to section 327(c) of the Bankruptcy Code, "a person is not disqualified for employment under [Section 327] solely because of such person's employment by or representation of a creditor . . . ." 11 U.S.C. § 327(c). WT&P satisfies these standards as set forth below.

**Connections with Parties in Interest**

13. To the best of the Debtor's knowledge, except as described in the Verified Statement, WT&P has no connection with the Debtor, its creditors, or any other party-in-interest in this case, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

14. The Debtor submits that WT&P represents no interest adverse to the Debtor or to the Debtor's estate in the matters upon which WT&P is to be engaged and is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

3

**Compensation**

15. Section 328(a) of the Bankruptcy Code permits the employment of a professional "on any reasonable terms and conditions of employment, including on a retainer." 11 U.S.C. § 328(a). WT&P proposes to render services on an hourly fee basis at its standard rates in effect from time to time. The standard rates presently in effect at this time are as follows:

| Professional | Hourly Rate |
| --- | --- |
| Partners: | $415-$720 |
| Associates: | $310-$405 |
| Paralegals/Litigation Support: | $245-$355 |

16. The WT&P attorneys that will be primarily responsible for this engagement are Christopher A. Jones, David W. Gaffey, and Jennifer E. Wuebker, whose current standard hourly rates are as follows:

| Professional | Hourly Rate |
| --- | --- |
| Christopher A. Jones | $590 |
| David W. Gaffey | $390 |
| Jennifer E. Wuebker | $345 |

These rates are subject to annual adjustment effective January 1 of each year. Other WT&P attorneys, paraprofessionals, and legal assistants may provide additional supporting legal services as required. WT&P will also bill the estate for all reasonable and necessary out-of-pocket expenses incurred as permitted by applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and the United States Trustee Guidelines.

17. Notwithstanding the foregoing, WT&P has agreed to cap its fees at a blended hourly rate for attorneys of $450.00.

18. WT&P has not received a retainer in this case to date. To secure its fees in this case, the Debtor has agreed to provide a retainer in the amount of $15,000.00 (the "Retainer"). Further, the Cash Collateral Budget currently provides for monthly legal fees in the amount of $15,000.00. Through this Application, the Debtor seeks authority to remit to WT&P the Retainer and any funds authorized in the budget for the payment of legal fees, which funds shall secure payment of WT&P's allowed fees and costs and shall be held in WT&P's client trust

account until such time as the Court enters an order allowing and authorizing the payment of such fees and costs. WT&P has contacted First National Bank of Pennsylvania ("FNB"), which has a first-priority lien in the Debtor's assets including accounts receivable, regarding WT&P's retention in this case. As indicated by FNB's endorsement on the Proposed Order attached hereto as Exhibit B, FNB consents to the payment of the Retainer and budgeted legal fees to WT&P, provided that the Debtor has the cash flow to make such payments.

19. The Debtor requests that WT&P be allowed compensation for its services and reimbursement for its expenses in accordance with Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, upon submission of appropriate applications therefor in compliance with all applicable orders, rules and guidelines, subject to the review and approval of this Court.

## Conclusion

WHEREFORE, the Debtor respectfully requests that the Court enter an order substantially in the form of Exhibit B attached hereto (1) approving the Application as set forth herein, (2) approving the Debtor's engagement and retention of WT&P as counsel, effective as of October 22, 2018, and (3) granting such other and further relief as it deems just and proper.

Dated: November 16, 2018              WHITEFORD TAYLOR & PRESTON, LLP

                                      /s/ *David W. Gaffey*
                                      Christopher A. Jones, VSB# 40064
                                      David W. Gaffey, VSB# 85088
                                      Jennifer E. Wuebker, VSB# 91184
                                      3190 Fairview Park Drive, Suite 800
                                      Falls Church, Virginia 22042
                                      Telephone: (703) 280-3374
                                      Email: dgaffey@wtplaw.com

                                      *Proposed Counsel for WW Contractors, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2018, I caused a copy of the foregoing Application to be served via the Court's Electronic Case Filing System on all parties requesting notice thereby, and by first-class mail, postage prepaid, on the parties on the attached Service List.[1]

                                                      */s/ David W. Gaffey*
                                                    Counsel

---

[1] Pursuant to Local Bankruptcy Rule 5005-1(8)(C), the service list is not being served with the mailed version of this pleading, but is available electronically via PACER as an attachment to the version filed with the Court.

**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WW Contractors, Inc., | ) | Case No. 18-12095-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**VERIFIED STATEMENT OF CHRISTOPHER A. JONES
IN SUPPORT OF APPLICATION TO EMPLOY WHITEFORD,
TAYLOR & PRESTON, LLP AS COUNSEL TO THE DEBTOR**

I, Christopher A. Jones, declare:

1. I am an attorney duly licensed to practice law in the Commonwealths of Virginia and am an attorney with Whiteford, Taylor and Preston, LLP ("WTP"). My business address is 3190 Fairview Park Drive, Suite 800, Falls Church, VA 22042. If called as a witness, I would and could testify competently to the matters stated herein. This declaration is submitted pursuant to Bankruptcy Rule 2014(a) in support of the *Application to Employ Whiteford, Taylor & Preston, LLP as Counsel to the Debtor* (the "Application") filed in the above-captioned case of WW Contractors, Inc. (the "Debtor").

2. I and WTP understand that if the Court approves the employment of WTP as counsel to the Debtor, all compensation and reimbursement of expenses are subject to Court review and approval. I and WTP understand and agree that no compensation or reimbursement of expenses will be paid unless authorized by the Court. I and WTP further agree to maintain a detailed chronological record of the services rendered, time expended, and expenses incurred.

_____
WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Proposed Counsel for WW Contractors, Inc.*

4.      In connection with the proposed employment of WTP in this case, I and other attorneys at WTP submitted to WTP's accounting department the names of the Debtor, insiders, creditors, and parties in interest for purposes of a conflict review.  We also submitted for review the name of the United States Trustee ("UST") and the employees in the UST's office in Alexandria, Virginia.  A complete list of the names submitted to WTP's accounting department for purposes of the conflicts check is attached hereto as <u>Exhibit 1</u>.

5.      To the best of my knowledge, information, and belief, WTP does not have any connection with the Debtor, its creditors, other parties in interest, or their respective attorneys and accountants, or with the Office of the United States Trustee or anyone employed in the Office of the United States Trustee, except as follows:

> A.     WTP represents the following parties-in-interest in matters wholly unrelated to the Debtor or this bankruptcy case: AT&T[1].  The Debtor and AT&T are not presently adverse in this or any other matter.  In the event any actual adversity arises, WT&P will assist the Debtor in obtaining separate counsel with respect to AT&T.  For the avoidance of doubt, the foregoing representations are not related in any way to the matters for with WTP is proposed to be engaged in the Debtor's case.
>
> B.     WTP is, or in the past has been, adverse to certain of the Debtor's creditors and parties in interest in matters unrelated to the Debtor.
>
> C.     WTP has a workers compensation and insurance defense practice through which various insurance companies may occasionally retain WTP to defend parties insured by such companies.  Among the insurance companies occasionally retaining WTP to defend insured parties is CNA Insurance.[2]  WTP does not represent CNA Insurance directly in any matter.  Further, such insured parties may also happen to be unsecured creditors of the Debtor, on matters unrelated to the Debtor or his bankruptcy proceedings.  However, WTP is not presently aware of any such client-creditor other than those described above.

6.      To the best of my knowledge, information, and belief, WTP does not hold or represent any interest adverse to the estate of the Debtor or to any party in interest in this case. WTP is a disinterested person within the meaning of 11 U.S.C. § 101.

7.      As with any bankruptcy case, it is difficult to say with certainty that all material relationships have been discovered at the inception of the case.  Accordingly, WTP will

---

[1] AT&T is listed in the Debtor's Accounts Payable Aging Summary as being owed $16.66.
[2] CNA Insurance is listed in the Debtor's Accounts Payable Aging Summary as being owed $561.00.

periodically update its conflicts database and if any new material relationships are discovered, they will be disclosed in a supplemental filing with the Court.

8. No promises have been received by WTP, nor by any partner, counsel or associate thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. WTP has no agreement with any other entity to share with such entity any compensation received by WTP in connection with this chapter 11 case.

9. I will promptly advise the Court of any circumstances that may cause the foregoing facts to change.

I, Christopher A. Jones, declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2018

*/s/ Christopher A. Jones*
Christopher A. Jones

## **Exhibit 1**

| | |
|---|---|
| WW Contractors Inc. | Buck Kreihs Marine Repair, LLC |
| Mark Myatt | Buckeye Cleaning Centers |
| Nea E. Wiggins | Bud Griffin Customer Support |
| Nicea Wiggins | Burke Industries |
| Nicholas Wiggins | Burlington Metals, LLC. |
| Nikea Wiggins | Business Merchant Funding |
| Nivea Ratcliff | C. N. Robinson Lighting Supply |
| Patricia Wiggins | C.O.P.S. Monitoring |
| Timothy Milby | Canon Financial Services, Inc. |
| Warren Wiggins | Capital Partners |
| WW Contractors Holding, LLC | Capp, Inc. |
| 5-H Services Inc. | Carson K.C. Mok, Consulting Engineer, P.A |
| A & A Glass | Cavalier Business Communications |
| Ace Alarm & Communications, LLC | Central Pension Fund |
| Admiral Elevator Company | Champion Rentals, Inc. |
| Advanced Door Service | Charles D. Lynn |
| Air Filters, Inc. | Charles King |
| Aireco Supply, Inc. | CHARLES SCHWAB |
| Air-Nu Filters | Chase Auto Finance |
| Alan Pikula | Chase Automotive Finance |
| All Electric Supply Inc. | Cheetah Technologies |
| Alltemp Insulations | Cholin Corp., Inc. |
| American Education Services | Cintas Corporation -061, 100,287 |
| American Express | City of Sherman |
| American Sprinkler Company, Inc. | City of Tyler |
| Ameritel Corporation | CNA Insurance Companies |
| Angelos Enterprises | Coburn Supply Company, Inc. |
| AnswerNet | Comptroller of Maryland |
| Apex Controls 1, LLC | Concord Mechanical Inc |
| Apex Engineering Products Corporation | Control and Instrument Services |
| Arkansas Filter,Inc. | Corrigo, Inc. |
| AT&T | Corrosion Control Resources |
| Atlantic Services, Inc. | CPR Services |
| Automatic Protection Systems | Crespo's Construction |
| Bank of America, N.A. | Crompco LLC |
| Baxter Clean Care | Culligan Water Conditioning |
| Bayview Loan Servicing | Cummins Mid-South L.L.C. |
| Ben Maines Air Conditioning Inc | Darragh Company |
| Bernhard Mechanical Contractors, Inc. | Datamax AR Leasing |
| Best Plumbing Specialties, Inc. | David's Roofing and Remodeling |
| Birch Telecom | DCIM Solutions, LLC |
| Blue Flash Sewer Service | DelVal Equipment |
| BMW Bank | Dennis Canlas |
| Bmw Financial Services | Design Security Controls |

| | |
|---|---|
| Dowlin Electric | Human Resources, Inc. |
| Dudley Burruss | Ideal Lighting |
| Duff Company | Inquiries, Inc. |
| DVL Group, Inc. | Internal Revenue Service |
| Eagle Insulation | Interstate All Battery Center |
| Eastcoast Elevator Services, LLC | Interstate Batteries of Arkansas |
| EBF Partners | IUOE Local 406 |
| Ecosave Automation Inc. | J.A. Sexauer |
| Edwin L. Heim Co. | Jaffe & Asher |
| Electrical Power Systems Inc. | James Wood Jr. |
| Emergency Systems Service Co. | Jason Earl |
| Empire Funding | Jefferson Battery Co., Inc. |
| Entech Sales & Services, Inc. | Jefferson Sprinkler, Inc |
| Everest Business Funding | John Calvitti Company |
| Facility Solutions Group | John Del Vecchio |
| Fairborn Equipment Company Inc | Johnson Controls, Inc. |
| Fairborn Mid Atlantic | Johnson Supply |
| FBI Academy | Johnstone of New Orleans |
| Federal Express | Johnstone Supply |
| Ferguson Enterprises, Inc. | Kele, Inc. |
| Ferrara's Heating & Air Co., I | Kelley Brothers, LLC |
| Filtrine Manufacturing Company | Kenneally & Company |
| Firetrol Protection Systems, Inc. | Kensol Airways |
| First National Bank of Pennsylvania | Kevin C. McGuire |
| First National Insurance | Kroff Chemical Company, Inc. |
| Fleming Controls & Power Specialities | Kubota Credit Corporation USA |
| Forward Financing | Kubota Tractor Corporation |
| Fraser Advanced Information Systems | Letsos Company |
| Freestate Electrical Service | LoanMe |
| Friedman Electric Supply | Lubrication Engineers, Inc. |
| G&M Electric Sales Co., Inc. | Machado Landscape LLC. |
| Gary Stanley | Mac's Restoration LLC |
| General Services Administration | Mara Restoration |
| Green's Lawn Care | Margaret Mead |
| Guardian Insurance | Mark's Plumbing Parts |
| H.B. McClure Company | Maryland Pump, Tank & Electric Company |
| HAI Integrated Building Services, Inc. | Mathena Septic Tank |
| HAI-WW JV LLC | Matthew Leonard |
| Hanover Uniform Company | Maura Zamora |
| Harry Kirby | McMaster Carr |
| Hd Supply Facilities Maintenance | Mercer Group International |
| Herman Goldner, Inc. | Merchant Funding |
| Honeywell International Inc | Mike Marley |
| HOP Capital | Mine Safety Appliances Company |
| Horton Power Vac | Miner Ltd. d.b.a. House of Doors |
| Houston Bearing & Supply Co., Inc. | Mitchell's Lock & Safe Co.,Inc |

| | |
|---|---|
| ML Factors Trust | Rustic Fence Specialists Inc |
| Motion Industries | Sallie Mae |
| Mr. Rooter Plumbing | Sarai Services Payroll |
| Mr. ShrinkWrap | Sarai Investment Corporation |
| MSC Industrial Supply Company. Inc. | Saturn Funding |
| National Battery Co. | Scanex, Inc |
| Naughton Energy Corp | Schneider Paper Products, Inc. |
| NC Supply Comapny Inc | Schwegman Office Products/IS |
| New & Associates, LLC | Security And Data Technologies |
| NextWave Solutions | Shades of Green |
| Northern Tool & Equipment Co. | Shepherd Electric Company |
| Nu-Lite-New Orleans Branch | Sherwin Williams Company |
| Oliver Plumbing Incorporated | Siemen Building Technologies |
| Oliver Sprinkler Co., Inc. | Simplex Grinnell |
| Ondeck Capital | Sprint |
| Overhead Door Company of Tyler | SSG VVWJV, LLC |
| Overhead Door Corporation | Standard Utility Construction |
| Overhead Door of New Orleans | Stanley Access Technologies |
| Paul Whitman | Stephens & Company A/C & Heating LLC |
| PayPal | StopFire, LLC |
| Payroll Funding | Summit Electric Supply |
| PBS Capital | Sunbelt Rentals, Inc. |
| PBS Solutions | SupplyWorks |
| Pennsylvania Equipment Sales | Tate Engineering Systems, Inc. |
| Personnel Concepts Limited | Taylor-Seidenbach, Inc. |
| Pitney Bowes | Terminix Processing Center |
| PJM Mechanical Contractors, Inc. | Teter's Faucet Parts Corp |
| Plumbing Specialties, LLC | Texas Chiller Systems |
| Powers of Arkansas | The Standard |
| Precision Psi Inc. | Thermal Gas Systems |
| Pritchett Controls, Inc. | Thomas Riffe |
| Proton Electric | Torbik Safe & Lock, Inc. |
| Purvis Industries, LTD. | Total Fire and Safety, Inc. |
| Pyramid Waterproofing, Inc. | Trane HVAC Parts & Supplies |
| R. E. Michel Company, Inc. | Trane U.S., Inc. |
| R.W. Luce Co. | Travelers |
| Refrigeration and ElectriC Supply Co. | Tri Dim Filter Corp. |
| Rexel Inc. | Trinmar |
| Rite Choice Uniforms | Tyco Integrated Security, LLC |
| River Parish Disposal | Tyrone Bailey |
| Robert DeAntonio | UFS |
| Rosen,Sapperstein & Friedlander | United Healthcare |
| Roto-Rooter Services Company | United Security Services |
| Rudd Alarms | Universal Plumbing Supply Company |
| Rudd Contracting Co., Inc. | Verizon |
| Rumsey Electric Co. | Veronica Ciaruffoli |

Veronica Williams
Virginia Fire Protection
Waltman, Weinberg & Reis Co., LPA
Washington Redskins
Waste Management of Little Rock Hauling
Water Treatment Services Inc.
Waukesha-Pearce Industrie, Inc.
Wells Fargo Financial Leasing, Inc.
World Global Capital
WW Grainger
You Grow We Mow

## **Exhibit B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| WW Contractors, Inc., ) | Case No. 18-12095-BFK |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____) | |

**PROPOSED ORDER GRANTING APPLICATION TO EMPLOY WHITEFORD, TAYLOR & PRESTON, LLP AS COUNSEL TO THE DEBTOR**

Upon consideration of the *Application to Employ Whiteford, Taylor & Preston, LLP as Counsel to the Debtor* (the "Application") filed by WW Contractors, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, and the *Verified Statement of Christopher A. Jones in Support of Application to Employ Whiteford, Taylor & Preston, LLP as Counsel to the Debtor* (the "Verified Statement"); and it appearing that Whiteford, Taylor & Preston, LLP ("WT&P") represents no interest adverse to the Debtor, its creditors, or its estate in the matters upon which the firm will be engaged; and the Court finding that WT&P's employment is necessary and proper, and in the best interest of the Debtor; and First National Bank of Pennsylvania ("FNB") having consented to the payment from its cash collateral of a retainer in the amount of $15,000 and monthly legal fees that are specifically included in the Debtor's monthly cash collateral budgets that are approved by FNB, provided that the Debtor has sufficient cash flow to make such payments, by the Debtor to WT&P to secure payment of its legal fees and costs on the terms set forth herein and in the Application; and the Court having considered any objections to the Application; and the Court finding that the Application was timely filed and that no further notice of the Application is required, it is hereby

_____
WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Proposed Counsel for WW Contractors, Inc.*

ORDERED that the Application is APPROVED; and it is further

ORDERED that the employment of WT&P on the terms and conditions outlined in the Application is approved effective as of October 22, 2018; and it is further

ORDERED that the Debtor shall pay to WT&P (1) a retainer in the amount of $15,000.00 and (2) any amounts budgeted for legal fees in the Debtor's monthly cash collateral budgets, provided that the Debtor has sufficient cash flow to pay such amounts, which amounts shall be subject to a security interest in favor of WT&P securing the payment of any fees and costs allowed by order of this Court.

Entered:_____                                  _____
                                                          United States Bankruptcy Court for the
                                                          Eastern District of Virginia

**WE ASK FOR THIS:**

/s/ *David W. Gaffey*
WHITEFORD TAYLOR & PRESTON LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-3374
Email: dgaffey@wtplaw.com

*Proposed Counsel for WW Contractors, Inc.*

**SEEN AND NO OBJECTION:**

*/s/ David V. Fontana*          *(by email dated 11/14/18)*
Richard A. DuBose, III
David V. Fontana
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202
Telephone: (410) 385-5039
Email: rdubo@gebsmith.com

*Counsel for First National Bank of Pennsylvania*

2

## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing order has been endorsed by all necessary parties.

                                              /s/ *David W. Gaffey*
                                              *Counsel*