**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WW Contractors, Inc., | ) | Case No. 18-12095-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**RESPONSE TO OBJECTION TO RETENTION OF WHITEFORD,
TAYLOR & PRESTON, LLP AS COUNSEL TO THE DEBTOR**

WW Contractors, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, hereby files this response to the *Objection to Retention of Whiteford, Taylor & Preston, LLP as Counsel to the Debtor* (the "Objection") filed by the Office of the United States Trustee (the "US Trustee").

1. On November 16, 2018, the Debtor filed its *Application to Employ Whiteford, Taylor & Preston, LLP as Counsel to the Debtor* (the "Application") seeking authority to employ Whiteford, Taylor & Preston, LLP ("WTP") as its counsel in this bankruptcy case. *See* Docket No. 122.

2. On November 21, 2018, the US Trustee filed its Objection objecting to the Debtor's proposal to pay to WTP a $15,000.00 initial retainer and $15,000.00 per month, which amounts would be placed into WTP's trust account pending further order of the Court. The basis for the Objection is that the US Trustee had not received payment of its fees for the third quarter of 2018 payable by the Debtor pursuant to 28 U.S.C. § 1930.

_____
WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Proposed Counsel for WW Contractors, Inc.*

      3.      On November 23, 2018, the Debtor obtained confirmation from the US Trustee regarding the total amount of quarterly fees owed.[1]

      4.      On November 27, 2018, the Debtor sent payment of the third quarter fees to the US Trustee. The Debtor's records indicate that the payment was received by the US Trustee at 10:06 a.m. on November 29, 2018.

      5.      On December 4, 2018, the US Trustee confirmed by email to counsel to the Debtor that full payment for the third quarter fees had been received and applied to the outstanding balance owed by the Debtor.

      6.      Given the payment in full of the US Trustee's fees, the Debtor believes that the Objection has been resolved.

      WHEREFORE, the Debtor respectfully requests that the Court enter an order (1) overruling the Objection; (2) approving the Application; and (3) granting such other and further relief as it deems just and proper.

Dated: December 7, 2018

WHITEFORD, TAYLOR & PRESTON, LLP

/s/ *David W. Gaffey*
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-3374
Email: dgaffey@wtplaw.com

*Proposed Counsel for WW Contractors, Inc.*

---

[1] The Debtor and employees of the US Trustee had been engaged in email correspondence pre-dating the Objection regarding the correct amount of quarterly fees, taking into account interbank transfers which are not included when calculating the fee owed.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2018, I caused a copy of the foregoing Response to be served via the Court's Electronic Case Filing System on all parties requesting notice thereby.

      */s/ David W. Gaffey*
      Counsel