**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| WW Contractors, Inc., | ) | Case No. 18-12095-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING APPLICATION TO EMPLOY WHITEFORD,
TAYLOR & PRESTON, LLP AS COUNSEL TO THE DEBTOR**

Upon consideration of the *Application to Employ Whiteford, Taylor & Preston, LLP as Counsel to the Debtor* (the "Application") filed by WW Contractors, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, and the *Verified Statement of Christopher A. Jones in Support of Application to Employ Whiteford, Taylor & Preston, LLP as Counsel to the Debtor* (the "Verified Statement"); and it appearing that Whiteford, Taylor & Preston, LLP ("WT&P") represents no interest adverse to the Debtor, its creditors, or its estate in the matters upon which the firm will be engaged; and the Court finding that WT&P's employment is necessary and proper, and in the best interest of the Debtor; and First National Bank of Pennsylvania ("FNB") having consented to the payment from its cash collateral of a retainer in the amount of $15,000 and monthly legal fees that are specifically included in the Debtor's monthly cash collateral budgets that are approved by FNB, provided that the Debtor has sufficient cash flow to make such payments, by the Debtor to WT&P to secure payment of its legal fees and costs on the terms set forth herein and in the Application; and the Court having considered any objections to the Application; and the Court finding that the Application was timely filed and that no further notice of the Application is required, it is hereby

_____

WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Proposed Counsel for WW Contractors, Inc.*

ORDERED that the Application is APPROVED; and it is further

ORDERED that the employment of WT&P on the terms and conditions outlined in the

Application is approved effective as of October 22, 2018; and it is further

ORDERED that the Debtor shall pay to WT&P (1) a retainer in the amount of $15,000.00

and (2) any amounts budgeted for legal fees in the Debtor's monthly cash collateral budgets,

provided that the Debtor has sufficient cash flow to pay such amounts, which amounts shall be

subject to a security interest in favor of WT&P securing the payment of any fees and costs

allowed by order of this Court.

Dated: __Dec 12 2018_____

/s/ Brian F. Kenney
_____
United States Bankruptcy Court for the
Eastern District of Virginia

Entered on Docket: December 13, 2018

**WE ASK FOR THIS:**

/s/ *David W. Gaffey*_____
WHITEFORD TAYLOR & PRESTON LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-3374
Email: dgaffey@wtplaw.com

*Proposed Counsel for WW Contractors, Inc.*

**SEEN AND NO OBJECTION:**

/s/ *David V. Fontana*_____ *(by email dated 11/14/18)*
Richard A. DuBose, III
David V. Fontana
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202
Telephone: (410) 385-5039
Email: rdubo@gebsmith.com

*Counsel for First National Bank of Pennsylvania*

2

*/s/ Jack Frankel_____(by email dated 12/12/18*
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Email:  Jack.I.Frankel@usdoj.gov

## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing order has been endorsed by all necessary parties.

/s/ *David W. Gaffey*_____
*Counsel*