**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| WW Contractors, Inc., | ) | Case No. 18-12095-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING FIRST AND FINAL
APPLICATION FOR COMPENSATION FOR ROSEN, SAPPERSTEIN &
FRIEDLANDER, LLC AS ACCOUNTANT TO THE DEBTOR**

Upon consideration of the *First and Final Application for Compensation for Rosen, Sapperstein & Friedlander, LLC as Accountant to the Debtor* (the "Application") filed by WW Contractors, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, seeking the allowance of fees and expenses incurred from June 12, 2018, through December 13, 2018 (the "Application Period"); and the Court having considered the argument and evidence presented at the hearing on the Application held on December 21, 2018 (the "Hearing"); and the Court finding that good and sufficient cause exists to grant the relief sought in the Application; and the Court finding that all due and proper notice of the Application has been given and that no further notice of the Application is required; and the Court having overruled any objections to the Application; it is hereby

ORDERED that the Application is APPROVED; and it is further

ORDERED that Rosen, Sapperstein & Friedlander, LLC's ("RS&F") request for fees in the amount of $75,408.75 is approved and allowed on a final basis; and it is further

_____
WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Counsel for WW Contractors, Inc.*

ORDERED that RS&F's request for reimbursement of out-of-pocket expenses in the amount of $345.75 is approved and allowed on a final basis; and it is further

ORDERED that the Debtor is authorized and directed to pay to RS&F the sum of the foregoing amounts (the "Approved Amount") as follows:

a. The Debtor shall pay to RS&F $40,000.00 of the Approved Amount upon the entry of this Order, of which the Debtor has already delivered $29,496.25 to RS&F.

b. The Debtor shall pay to RS&F the remaining portion of the Approved Amount in four equal monthly installments to be paid starting in January 2019, which installments shall be paid on or before the last day of each month in which a payment is due; and it is further

ORDERED that fees and expenses incurred by RS&F after the Application Period may be paid in accordance with the terms of engagement between the Debtor and RS&F.

Entered: December 21, 2018

Dec 21 2018
/s/ Brian F. Kenney
United States Bankruptcy Court for the
    Eastern District of Virginia

**WE ASK FOR THIS:**

/s/ *David W. Gaffey*
WHITEFORD TAYLOR & PRESTON LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-3374
Email: dgaffey@wtplaw.com

*Counsel for WW Contractors, Inc.*

**SEEN AND AGREED:**

*/s/ David V. Fontana*
Richard A. DuBose, III, Esq. (VSB # 91705)
David V. Fontana, Esq. (admitted pro hac vice)
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5053

*Attorneys for First National Bank of Pennsylvania*

## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing order has been endorsed by all necessary parties.

                                                */s/ David W. Gaffey*
                                                *Counsel*