**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WW Contractors, Inc., | ) | Case No. 18-12095-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CASE

Upon consideration of the *Debtor's Motion to Dismiss Case* (the "Motion") filed by WW Contractors, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case; and the Court having considered the argument and evidence presented at the hearing on the Motion held on December 11, 2018 (the "Hearing"); and the Court finding that good and sufficient cause exists to dismiss this case; and the Court finding that the dismissal of this case is in the best interest of the Debtor's creditors; and the Court finding that all due and proper notice of the Motion has been given and that no further notice of the Motion is required; and the Court having overruled all objections to the Motion; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that all objections to the Motion are overruled; and it is further

ORDERED that the above captioned bankruptcy case shall be and hereby is dismissed without prejudice as of the date of this Order; and it is further

ORDERED that the Debtor shall file all outstanding monthly operating reports, including a monthly operating report for the month of December for the period through and including the date of the Hearing, within fourteen (14) days of the entry of this Order; and it is further

_____
WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-3374

*Counsel for WW Contractors, Inc.*

ORDERED that the Debtor shall pay all fees owed to the Office of the United States Trustee within fourteen (14) days of the filing of the Debtor's monthly operating report; and it is further

ORDERED that all estate professionals seeking payment from the Debtor in connection with this bankruptcy case shall file applications for compensation ("Fee Applications") with the Court on or before December 14, 2018; and it is further

ORDERED that the Court will hold a hearing on December 21, 2018, at 9:30 a.m., to consider any Fee Applications filed on or before December 14, 2018 by estate professionals. The notice period set forth in Federal Rule of Bankruptcy Procedure 2002(a) shall be and hereby is shortened such that any Fee Applications filed on or before December 14, 2018 shall be deemed timely filed.  Any objections to Fee Applications may be raised at the December 21, 2018 hearing; and it is further

ORDERED that the Clerk shall close this case upon the entry of orders resolving any Fee Applications filed on or before December 14, 2018.

Entered: Dec 21 2018

/s/ Brian F. Kenney
United States Bankruptcy Court for the
Eastern District of Virginia

Entered on Docket: December 21, 2018

**WE ASK FOR THIS:**

/s/ *David W. Gaffey*
WHITEFORD TAYLOR & PRESTON LLP
Christopher A. Jones, VSB# 40064
David W. Gaffey, VSB# 85088
Jennifer E. Wuebker, VSB# 91184
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-3374
Email: dgaffey@wtplaw.com

*Counsel for WW Contractors, Inc.*

**SEEN AND NO OBJECTION:**

*/s/  Aryeh E. Stein*            *(by email dated 12/13/18 )*
Meridian Law, LLC
Aryeh E. Stein, Esq.
600 Reisterstown Road, Suite 700
Baltimore, MD 21208
443-326-6011 (phone)
Email:  astein@meridianlawfirm.com

*Former Counsel for WW Contractors, Inc.*


*/s/  Jack Frankel*            *(by email dated 12/13/18 )*
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Email:  Jack.I.Frankel@usdoj.gov

*Office of the United States Trustee*


## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing order has been endorsed by all necessary parties.

                              */s/ David W. Gaffey*
                              *Counsel*